UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| MARION P. DEMOSS, BARBARA J. GALYEN, and PATRICIA J. KELLEY, <br><br> Plaintiffs, <br><br> v. <br><br> TERRY L. KRETZ, GEORGE THORPE, and MICHAEL C. LYNN, <br><br> Defendants. | Case No. 3:07-0405 <br> Judge Trauger |

## ORDER

For the reasons expressed in the accompanying Memorandum, the summary judgment motions of defendants Lynn and Thorpe (Docket Nos. 96 and 110 respectively) are **GRANTED**, and the plaintiffs' corresponding partial motions for summary judgment as to those defendants' "control person" liability (Docket Nos. 103 and 106 respectively) are **DENIED**. Defendants Lynn and Thorpe are dismissed from this case. The plaintiffs' motion for summary judgment on their claims against defendant Kretz (Docket No. 100) is **DENIED**, and the plaintiffs' partial motion for summary judgment as to the status of the promissory notes (Docket No. 73) is **GRANTED**.

It is so ordered.

Enter this 7th day of January 2009.

_____
ALETA A. TRAUGER
United States District Judge