IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| MARION P. DEMOSS, BARBARA J. GALYEN, and PATRICIA J. KELLEY, | ) |
|---|---|
| Plaintiffs, | ) |
| v. | ) Civil Action No. 3:07-cv-0405 |
| | ) Judge Trauger |
| TERRY L. KRETZ, GEORGE THORPE, and MICHAEL C. LYNN, | ) |
| Defendants. | ) |

## ITEMIZATION OF DEFENDANT
## MICHAEL C. LYNN'S COSTS FOR COURT REPORTERS

| DATE | COMPANY | DESCRIPTION | AMOUNT |
|---|---|---|---|
| 9/29/08 | Cannon & Stacy | Copy of deposition transcript of Terry Kretz on 9/2/08 | $477.00 |
| 10/12/08 | Cannon & Stacy | Copy of deposition transcript of Michael Lynn on 9/15/08 | $395.00 |
| 10/26/08 | Cannon & Stacy | Copy of deposition transcript of George Thorpe on 9/16/08 | $613.00 |
| 11/2/08 | Cannon & Stacy | Copy of deposition transcript of Robert Haley on 9/30/08 | $598.00 |
| 9/28/08 | Elite Reporting | Deposition of Marion DeMoss 9/10/08 | $732.08 |
| 9/28/08 | Elite Reporting | Deposition of Barbara Galyen 9/11/08 | $1,056.42 |
| 9/28/08 | Elite Reporting | Deposition of Patricia Kelley 9/12/08 | $809.40 |

{00526768.DOC}

EXHIBIT 1

# Cannon & Stacy
## Court Reporters

Denise Harwood-Stacy
Beverly Cannon
Stephanie Briano Izzo
Amanda F. Martin
Tracy Foley-Wilkes

117 Arrowhead Drive
Hendersonville, Tennessee  37075
Telephone: (615) 822-9382
Fax:        (615) 822-3676
E-mail:    dl_stacy@bellsouth.net

To:  Mr. J. Paul Brewer
Mr. Thomas J. Dement, II
Attorneys at Law
Leitner, Williams, Dooley & Napolitan, PLLC
414 Union Street, Suite 1900
Nashville, TN  37219-1782

Re:  **Demoss, Galyen and Kelley vs. Terry Kretz, et al.**
**Deposition of Terry Kretz**
**September 2, 2008**

| Date | Description | Amount |
|---|---|---|
| 9/29/08 | Transcript Fee | $437.00 |
|  | Exhibit Copying Fee | $40.00 |
|  | **Total** | **$477.00** |

**Your business is appreciated.  Thank you.**

Please make checks payable to Denise Harwood-Stacy.

Reported by Stephanie Briano Izzo

Providing court reporting services in Middle Tennessee with reporters located in
Sumner, Davidson, Smith, Williamson, Rutherford, and Montgomery Counties.

# Cannon & Stacy

## Court Reporters

Denise Harwood-Stacy
Beverly Cannon
Stephanie Briano Izzo
Amanda F. Martin
Tracy Foley-Wilkes

117 Arrowhead Drive
Hendersonville, Tennessee 37075
Telephone: (615) 822-9382
Fax: (615) 822-3676
E-mail: dl_stacy@bellsouth.net

To: Mr. J. Paul Brewer
Mr. Thomas J. Dement, II
Attorneys at Law
Leitner, Williams, Dooley & Napolitan, PLLC
414 Union Street, Suite 1900
Nashville, TN 37219-1782

Re: **Demoss, et al. vs. Terry Kretz, et al.**
**Deposition of Michael Lynn, Sr.**
**September 15, 2008**

| | | |
|---|---|---|
| 10/12/08 | Transcript Fee | $360.00 |
| | Exhibit Copying Fee | $35.00 |
| | **Total** | **$395.00** |

**Your business is appreciated. Thank you.**

Please make checks payable to Denise Harwood-Stacy.

Reported by Stephanie Briano Izzo

# Cannon & Stacy
## Court Reporters

Denise Harwood-Stacy
Beverly Cannon
Stephanie Briano Izzo
Amanda F. Martin
Tracy Foley-Wilkes

117 Arrowhead Drive
Hendersonville, Tennessee 37075
Telephone: (615) 822-9382
Fax: (615) 822-3676
E-mail: dl_stacy@bellsouth.net

To: Mr. J. Paul Brewer
Mr. Thomas J. Dement, II
Attorneys at Law
Leitner, Williams, Dooley & Napolitan, PLLC
414 Union Street, Suite 1900
Nashville, TN 37219-1782

Re: **Demoss, et al. vs. Terry Kretz, et al.**
**Deposition of George Thorpe**
**September 16, 2008**

| | | |
|---|---|---|
| 10/26/08 | Transcript Fee | $578.00 |
| | Exhibit Copying Fee | $35.00 |
| | **Total** | **$613.00** |

**Your business is appreciated. Thank you.**


Please make checks payable to Denise Harwood-Stacy.

Reported by Stephanie Briano Izzo

# Cannon & Stacy

## Court Reporters

Denise Harwood-Stacy
Beverly Cannon
Stephanie Briano Izzo
Amanda F. Martin
Tracy Foley-Wilkes

117 Arrowhead Drive
Hendersonville, Tennessee 37075
Telephone: (615) 822-9382
Fax: (615) 822-3676
E-mail: dl_stacy@bellsouth.net

To: Mr. J. Paul Brewer
Mr. Thomas J. Dement, II
Attorneys at Law
Leitner, Williams, Dooley & Napolitan, PLLC
414 Union Street, Suite 1900
Nashville, TN 37219-1782

Re: **Demoss, et al. vs. Terry Kretz, et al.**
**Deposition of Robert Haley**
**September 30, 2008**

| | | |
|---|---|---|
| 11/2/08 | Transcript Fee | $533.00 |
| | Exhibit Copying Fee | $65.00 |
| | **Total** | **$598.00** |

**Your business is appreciated. Thank you.**

**Please make checks payable to Denise Harwood-Stacy.**

Reported by Stephanie Briano Izzo

# Elite Reporting Services

P O Box 292382
Nashville, TN 37229

# Invoice

| Date | Invoice # |
|---|---|
| 9/28/2008 | 9241 |

**Bill To**

Mr. Thomas Dement, II
Attorney at Law
Leitner, Williams, Dooley & Napolitan
414 Union Street, Suite 1900
Nashville, TN 37219

| Reporter | |
|---|---|
| Sarah | Deposition 9/10/08 |

| Description | Amount |
|---|---|
| Appearance Fee - Deposition (7 hours) Shared | 110.00 |
| Deposition Transcript Fee - Original 193 pages - Shared | 390.83 |
| Deposition - Condensed Transcripts -- No Charge | 0.00 |
| Deposition - Keyword Indexing -- No Charge | 0.00 |
| Deposition Transcript Fee - Copy 193 pages - Shared | 217.12 |
| Deposition - Condensed Transcripts -- No Charge | 0.00 |
| Deposition - Keyword Indexing -- No Charge | 0.00 |
| Exhibit Copies - Black & White 33 pages - Shared | 4.13 |
| Deposition - Delivery Fee | 10.00 |

DeMoss, et al vs. Kretz, et al
Case Number: 3-07-0405
Deposition of Marion DeMoss 9/10/08

We were pleased to provide Ms. Sarah Linder as your court reporter.

**Total Due** $732.08

Billing questions, please call (615) 595-0073

We appreciate your business.

Tax I. D. 20-2649226

# Elite Reporting Services

P O Box 292382
Nashville, TN 37229

# Invoice

| Date | Invoice # |
|---|---|
| 9/28/2008 | 9229 |

**Bill To**

Mr. Thomas Dement, II
Attorney at Law
Leitner, Williams, Dooley & Napolitan
414 Union Street, Suite 1900
Nashville, TN 37219

| Reporter |
|---|
| Misty |

Deposition 9/11/08

| Description | Amount |
|---|---|
| Appearance Fee - Deposition -Shared | 122.50 |
| Deposition Transcript Fee - Original 292 pages - Shared | 591.30 |
| Deposition - Condensed Transcripts -- No Charge | 0.00 |
| Deposition Transcript Fee - Copy 292 pages - Shared | 328.50 |
| Deposition - Condensed Transcripts -- No Charge | 0.00 |
| Deposition - Keyword Indexing -- No Charge | 0.00 |
| Exhibit Copies - Black & White 33 pages - Shared | 4.12 |
| Deposition - Delivery Fee | 10.00 |

Demoss, et al vs. Kretz, et al
Case Number: 3-07-0405
Deposition of Barbara J. Galyen 9/11/08

We were pleased to provide Ms. Misty Brigham as your court reporter.

**Total Due** $1,056.42

Billing questions, please call (615) 595-0073

We appreciate your business.

Tax I. D. 20-2649226

# Elite Reporting Services

P O Box 292382
Nashville, TN 37229

# Invoice

| Date | Invoice # |
|---|---|
| 9/28/2008 | 9222 |

**Bill To**

Mr. Thomas Dement, II
Attorney at Law
Leitner, Williams, Dooley & Napolitan
414 Union Street, Suite 1900
Nashville, TN 37219

| Reporter | |
|---|---|
| April | Deposition 9/12/08 |

| Description | Amount |
|---|---|
| Appearance Fee - Deposition 7 hours - Shared | 110.00 |
| Deposition Transcript Fee - Original 216 pages; Copy 216 pages - Fee Shared | 680.40 |
| Condensed Transcripts -- No Charge | 0.00 |
| Keyword Indexing -- No Charge | 0.00 |
| Exhibit Copies - Black & White 72 pages - Fee Shared | 9.00 |
| Delivery Fee | 10.00 |
| | |
| DeMoss, Galyen and Kelley Vs. Kretz, Thorpe and Lynn | |
| Case Number: 3-07-0405 | |
| Deposition of Patricia Kelley 9/12/08 | |

*Please Remit*

We were pleased to provide Ms. April Howard as your court reporter.

**Total Due**  $809.40

Billing questions, please call (615) 595-0073

We appreciate your business.

Tax I. D. 20-2649226