# LEITNER, WILLIAMS, DOOLEY & NAPOLITAN, PLLC

THIRD FLOOR
801 BROAD STREET
CHATTANOOGA, TENNESSEE 37402-2621

(423) 265-0214                              IRS 62-0520912

Michael Lynn                                         January 12, 2009
510 Barton Shore Court                               Page #:  1
Lebanon, TN 37087                                    Client:    007296
                                                     Matter:   000001
                                                     Invoice #:370411

RE:  Michael Lynn – Hanover Corporation , LLC
Client: Michael C. Lynn
Adv. Party: Hanover Corporation, LLC
Opened 11/08/06
SECURITY FRAUD
Responsible Attorney: Thomas J. Dement II

**EXHIBIT**
Collective
1
7296-1/AttyFee.aff

For Professional Services Rendered Through  December 31, 2008

## Legal Services

| Date | Pers | Services | Hours | Rate | Amount |
|------|------|----------|-------|------|--------|
| 12/01/2008 | JPB | | 1.2 | $225 | $270.00 |
| 12/02/2008 | TJD | | 0.5 | $225 | $112.50 |
| 12/02/2008 | TJD | | 0.1 | $225 | $22.50 |
| 12/02/2008 | TJD | | 0.1 | $225 | $22.50 |
| 12/02/2008 | JPB | | 1.8 | $225 | $405.00 |
| 12/04/2008 | JPB | | 0.7 | $225 | $157.50 |
| 12/04/2008 | JPB | | 0.2 | $225 | $45.00 |
| 12/04/2008 | JPB | | 1.2 | $225 | $270.00 |

## Legal Services

| Date | Pers | Services | Hours | Rate | Amount |
|------|------|----------|-------|------|--------|
| 12/05/2008 | TJD | | 0.1 | $225 | $22.50 |
| 12/05/2008 | TJD | | 0.4 | $225 | $90.00 |
| 12/05/2008 | TJD | | 0.2 | $225 | $45.00 |
| 12/05/2008 | TJD | | 0.2 | $225 | $45.00 |
| 12/05/2008 | JPB | | 0.9 | $225 | $202.50 |
| 12/05/2008 | JPB | | 0.4 | $225 | $90.00 |
| 12/05/2008 | JPB | | 0.2 | $225 | $45.00 |
| 12/08/2008 | JPB | | 0.2 | $225 | $45.00 |
| 12/09/2008 | TJD | | 0.1 | $225 | $22.50 |
| 12/10/2008 | TJD | | 0.4 | $225 | $90.00 |
| 12/10/2008 | TJD | | 0.1 | $225 | $22.50 |
| 12/10/2008 | TJD | | 0.1 | $225 | $22.50 |
| 12/10/2008 | TJD | | 0.7 | $225 | $157.50 |
| 12/10/2008 | TJD | | 1.5 | $225 | $337.50 |
| 12/10/2008 | JPB | | 0.2 | $225 | $45.00 |
| 12/10/2008 | JPB | | 1.6 | $225 | $360.00 |

## Legal Services

| Date | Pers | Services | Hours | Rate | Amount |
|------|------|----------|-------|------|--------|
| 12/10/2008 | TI | | 0.1 | $100 | $10.00 |
| 12/10/2008 | TI | | 0.3 | $100 | $30.00 |
| 12/10/2008 | TI | | 0.3 | $100 | $30.00 |
| 12/10/2008 | TI | | 0.2 | $100 | $20.00 |
| 12/11/2008 | TJD | | 0.5 | $225 | $112.50 |
| 12/11/2008 | TJD | | 0.3 | $225 | $67.50 |
| 12/11/2008 | TJD | | 0.1 | $225 | $22.50 |
| 12/12/2008 | JPB | | 0.3 | $225 | $67.50 |
| 12/14/2008 | JPB | | 3.4 | $225 | $765.00 |
| 12/15/2008 | TJD | | 0.3 | $225 | $67.50 |
| 12/15/2008 | TJD | | 0.1 | $225 | $22.50 |
| 12/15/2008 | TJD | | 0.3 | $225 | $67.50 |
| 12/15/2008 | JPB | | 2.9 | $225 | $652.50 |
| 12/15/2008 | JPB | | 0.2 | $225 | $45.00 |
| 12/15/2008 | JPB | | 0.2 | $225 | $45.00 |
| 12/16/2008 | JPB | | 0.1 | $225 | $22.50 |

## Legal Services

| Date | Pers | Services | Hours | Rate | Amount |
|------|------|----------|-------|------|--------|
| 12/16/2008 | JPB | | | $225 | $45.00 |
| 12/16/2008 | JPB | | | $225 | $67.50 |
| 12/17/2008 | TJD | | | $225 | $67.50 |
| 12/26/2008 | TJD | | | $225 | $202.50 |
| | | **Totals** | 24.4 | | **$5,377.50** |

## Recapitulation

| Timekeeper | | Hours | Rate | Amount |
|------------|--|-------|------|--------|
| TI | Tiffany Hampton | 0.9 | $100.00 | $90.00 |
| JPB | J. Paul Brewer | 16.2 | $225.00 | $3,645.00 |
| TJD | Thomas J. Dement II | 7.3 | $225.00 | $1,642.50 |

## Expenses

| Date | Description | Amount |
|------|-------------|--------|
| 12/17/1983 | Postage | $1.17 |
| 01/18/2008 | Lexis charge | $4.01 |
| 01/25/2008 | Lexis charge | $9.81 |
| 12/02/2008 | Photocopy charge (20 @ $0.10) | $2.00 |
| 12/02/2008 | Postage | $1.26 |
| 12/10/2008 | Photocopy charge (28 @ $0.10) | $2.80 |
| 12/10/2008 | Postage | $1.68 |
| 12/15/2008 | Postage | $0.59 |
| 12/16/2008 | Photocopy charge (17 @ $0.10) | $1.70 |
| 12/16/2008 | Postage | $1.17 |
| 12/17/2008 | Photocopy charge (1 @ $0.10) | $0.10 |
| | **Total** | **$26.29** |

| | | |
|---|---|---|
| Total Services | $5,377.50 | |
| Total Disbursements | $26.29 | |
| Total Current Charges | | $5,403.79 |
| Previous Balance | | $73,530.58 |
| PAY THIS AMOUNT | | $78,934.37 |

# LEITNER, WILLIAMS, DOOLEY & NAPOLITAN, PLLC

THIRD FLOOR
801 BROAD STREET
CHATTANOOGA, TENNESSEE 37402-2621

(423) 265-0214                           IRS 62-0520912

Michael Lynn                                        December 15, 2008
510 Barton Shore Court                              Page #:   1
Lebanon, TN 37087                                   Client:    007296
                                                    Matter:   000001
                                                    Invoice #:369186

RE:  Michael Lynn - Hanover Corporation , LLC
Client: Michael C. Lynn
Adv. Party: Hanover Corporation, LLC
Opened 11/08/06
SECURITY FRAUD
Responsible Attorney: Thomas J. Dement II

For Professional Services Rendered Through  November 30, 2008

## Legal Services

| Date | Pers | Services | Hours | Rate | Amount |
|------|------|----------|-------|------|--------|
| 11/01/2008 | LAG | | 0.5 | $225 | $112.50 |
| 11/02/2008 | JPB | | 1.8 | $225 | $405.00 |
| 11/02/2008 | LAG | | 0.9 | $225 | $202.50 |
| 11/02/2008 | LAG | | 2.7 | $225 | $607.50 |
| 11/03/2008 | TJD | | 0.8 | $225 | $180.00 |
| 11/03/2008 | TJD | | 0.1 | $225 | $22.50 |
| 11/03/2008 | JPB | | 2.9 | $225 | $652.50 |
| 11/03/2008 | JPB | | 1.3 | $225 | $292.50 |

## Legal Services

| Date | Pers | Services | Hours | Rate | Amount |
|------|------|----------|-------|------|--------|
| 11/03/2008 | LAG | | 1.9 | $225 | $427.50 |
| 11/03/2008 | LAG | | 1.1 | $225 | $247.50 |
| 11/03/2008 | TI | | 0.1 | $100 | $10.00 |
| 11/04/2008 | TJD | | 1.5 | $225 | $337.50 |
| 11/04/2008 | TJD | | 0.5 | $225 | $112.50 |
| 11/04/2008 | TJD | | 0.3 | $225 | $67.50 |
| 11/04/2008 | TJD | | 0.2 | $225 | $45.00 |
| 11/04/2008 | TJD | | 0.1 | $225 | $22.50 |
| 11/04/2008 | TJD | | 0.1 | $225 | $22.50 |
| 11/04/2008 | TJD | | 0.1 | $225 | $22.50 |
| 11/04/2008 | TJD | | 0.2 | $225 | $45.00 |
| 11/04/2008 | TJD | | 0.1 | $225 | $22.50 |
| 11/04/2008 | JPB | | 0.1 | $225 | $22.50 |
| 11/04/2008 | JPB | | 0.1 | $225 | $22.50 |
| 11/04/2008 | JPB | | 1.2 | $225 | $270.00 |
| 11/04/2008 | TI | | 0.3 | $100 | $30.00 |

## Legal Services

| Date | Pers | Services | Hours | Rate | Amount |
|------|------|----------|-------|------|--------|
| 11/04/2008 | TI | | 5.2 | $100 | $520.00 |
| 11/04/2008 | TI | | 0.2 | $100 | $20.00 |
| 11/04/2008 | TI | | 0.1 | $100 | $10.00 |
| 11/05/2008 | TJD | | 0.1 | $225 | $22.50 |
| 11/05/2008 | TJD | | 0.6 | $225 | $135.00 |
| 11/05/2008 | TJD | | 0.2 | $225 | $45.00 |
| 11/05/2008 | JPB | | 0.9 | $225 | $202.50 |
| 11/05/2008 | JPB | | 1.3 | $225 | $292.50 |
| 11/05/2008 | JPB | | 0.9 | $225 | $202.50 |
| 11/05/2008 | JPB | | 1.7 | $225 | $382.50 |
| 11/05/2008 | TI | | 0.3 | $100 | $30.00 |
| 11/06/2008 | TJD | | 0.1 | $225 | $22.50 |
| 11/06/2008 | TJD | | 0.1 | $225 | $22.50 |
| 11/06/2008 | TJD | | 0.2 | $225 | $45.00 |
| 11/06/2008 | TJD | | 0.1 | $225 | $22.50 |
| 11/06/2008 | JPB | | 1.1 | $225 | $247.50 |

## Legal Services

| Date | Pers | Services | Hours | Rate | Amount |
|------|------|----------|-------|------|--------|
| 11/06/2008 | JPB | | 2.3 | $225 | $517.50 |
| 11/06/2008 | TI | | 0.2 | $100 | $20.00 |
| 11/06/2008 | TI | | 0.4 | $100 | $40.00 |
| 11/07/2008 | TJD | | 0.2 | $225 | $45.00 |
| 11/07/2008 | JPB | | 0.6 | $225 | $135.00 |
| 11/07/2008 | JPB | | 0.2 | $225 | $45.00 |
| 11/07/2008 | JPB | | 1.2 | $225 | $270.00 |
| 11/07/2008 | TI | | 0.1 | $100 | $10.00 |
| 11/08/2008 | JPB | | 0.9 | $225 | $202.50 |
| 11/08/2008 | JPB | | 1.4 | $225 | $315.00 |
| 11/09/2008 | JPB | | 1.5 | $225 | $337.50 |
| 11/09/2008 | JPB | | 1.2 | $225 | $270.00 |
| 11/09/2008 | JPB | | 0.6 | $225 | $135.00 |

## Legal Services

| Date | Pers | Services | Hours | Rate | Amount |
|------|------|----------|-------|------|--------|
| 11/09/2008 | JPB | | 0.6 | $225 | $135.00 |
| 11/09/2008 | JPB | | 0.7 | $225 | $157.50 |
| 11/09/2008 | JPB | | 0.6 | $225 | $135.00 |
| 11/10/2008 | TJD | | 0.9 | $225 | $202.50 |
| 11/10/2008 | TJD | | 0.2 | $225 | $45.00 |
| 11/10/2008 | TJD | | 0.1 | $225 | $22.50 |
| 11/10/2008 | TJD | | 0.5 | $225 | $112.50 |
| 11/10/2008 | TJD | | 0.2 | $225 | $45.00 |
| 11/10/2008 | TJD | | 0.2 | $225 | $45.00 |
| 11/10/2008 | JPB | | 1.3 | $225 | $292.50 |
| 11/10/2008 | JPB | | 1.2 | $225 | $270.00 |
| 11/10/2008 | JPB | | 0.8 | $225 | $180.00 |
| 11/10/2008 | JPB | | 0.4 | $225 | $90.00 |
| 11/10/2008 | JPB | | 0.5 | $225 | $112.50 |
| 11/10/2008 | JPB | | 0.4 | $225 | $90.00 |

## Legal Services

| Date | Pers | Services | Hours | Rate | Amount |
|------|------|----------|-------|------|--------|
| 11/10/2008 | JPB | | 0.9 | $225 | $202.50 |
| 11/10/2008 | TI | | 0.2 | $100 | $20.00 |
| 11/10/2008 | TI | | 0.2 | $100 | $20.00 |
| 11/10/2008 | TI | | 0.2 | $100 | $20.00 |
| 11/10/2008 | TI | | 2.5 | $100 | $250.00 |
| 11/11/2008 | TJD | | 0.3 | $225 | $67.50 |
| 11/11/2008 | JPB | | 0.2 | $225 | $45.00 |
| 11/11/2008 | JPB | | 0.2 | $225 | $45.00 |
| 1/11/2008 | JPB | | 0.6 | $225 | $135.00 |
| 1/11/2008 | TI | | 1.2 | $100 | $120.00 |
| 1/12/2008 | TJD | | 0.2 | $225 | $45.00 |
| 1/12/2008 | TJD | | 0.2 | $225 | $45.00 |
| 1/13/2008 | TJD | | 0.1 | $225 | $22.50 |
| 1/13/2008 | TJD | | 0.1 | $225 | $22.50 |
| 1/13/2008 | JPB | | 0.2 | $225 | $45.00 |
| 1/13/2008 | JPB | | 1.2 | $225 | $270.00 |

## Legal Services

| Date | Pers | Services | Hours | Rate | Amount |
|------|------|----------|-------|------|--------|
| 11/13/2008 | TI | | 0.2 | $100 | $20.00 |
| 11/13/2008 | TI | | 0.3 | $100 | $30.00 |
| 11/14/2008 | TJD | | 0.1 | $225 | $22.50 |
| 11/14/2008 | TJD | | 0.1 | $225 | $22.50 |
| 11/14/2008 | TJD | | 0.2 | $225 | $45.00 |
| 11/14/2008 | TJD | | 0.1 | $225 | $22.50 |
| 11/14/2008 | JPB | | 0.1 | $225 | $22.50 |
| 11/14/2008 | JPB | | 0.2 | $225 | $45.00 |
| 11/14/2008 | TI | | 0.2 | $100 | $20.00 |
| 11/14/2008 | TI | | 0.1 | $100 | $10.00 |
| 11/17/2008 | TJD | | 0.2 | $225 | $45.00 |
| 11/17/2008 | TJD | | 0.3 | $225 | $67.50 |
| 11/17/2008 | TJD | | 0.1 | $225 | $22.50 |
| 11/17/2008 | JPB | | 0.3 | $225 | $67.50 |
| 11/17/2008 | JPB | | 0.2 | $225 | $45.00 |

## Legal Services

| Date | Pers | Services | Hours | Rate | Amount |
|------|------|----------|-------|------|--------|
| 11/19/2008 | TJD | | 0.2 | $225 | $45.00 |
| 11/19/2008 | JPB | | 0.1 | $225 | $22.50 |
| 11/19/2008 | JPB | | 1.3 | $225 | $292.50 |
| 11/19/2008 | JPB | | 1.1 | $225 | $247.50 |
| 11/20/2008 | JPB | | 0.2 | $225 | $45.00 |
| 11/20/2008 | TI | | 0.2 | $100 | $20.00 |
| 11/20/2008 | TI | | 0.2 | $100 | $20.00 |
| 11/21/2008 | TJD | | 0.1 | $225 | $22.50 |
| 11/25/2008 | TJD | | 0.1 | $225 | $22.50 |
| 11/25/2008 | JPB | | 0.1 | $225 | $22.50 |
| 11/25/2008 | JPB | | 0.2 | $225 | $45.00 |
| 11/26/2008 | TJD | | 0.4 | $225 | $90.00 |
| 11/26/2008 | JPB | | 0.3 | $225 | $67.50 |
| 11/26/2008 | JPB | | 0.2 | $225 | $45.00 |
| 11/26/2008 | JPB | | 0.2 | $225 | $45.00 |
| 11/26/2008 | TI | | 0.1 | $100 | $10.00 |
| 11/26/2008 | TI | | 0.2 | $100 | $20.00 |
| 11/26/2008 | TI | | 0.2 | $100 | $20.00 |

## Legal Services

| Date | Pers | Services | Hours | Rate | Amount |
|------|------|----------|-------|------|--------|
| 11/28/2008 | JPB | | 0.9 | $225 | $202.50 |
| | | | **68.9** | | **$13,890.00** |

## Recapitulation

| Timekeeper | | Hours | Rate | Amount |
|------|------|-------|------|--------|
| TI | Tiffany Hampton | 12.9 | $100.00 | $1,290.00 |
| JPB | J. Paul Brewer | 38.4 | $225.00 | $8,640.00 |
| LAG | Lindsey A. Greer | 7.1 | $225.00 | $1,597.50 |
| TJD | Thomas J. Dement II | 10.5 | $225.00 | $2,362.50 |

## Expenses

| Date | Description | Amount |
|------|-------------|--------|
| 11/01/2008 | Lexis charge | $0.52 |
| 11/02/2008 | Lexis charge | $11.03 |
| 11/03/2008 | Lexis charge | $1.44 |
| 11/04/2008 | Postage | $4.80 |
| 11/04/2008 | Lexis charge | $0.39 |
| 11/05/2008 | Photocopy charge (1 @ $0.10) | $0.10 |
| 11/06/2008 | Lexis charge | $0.29 |
| 11/08/2008 | Lexis charge | $2.25 |
| 11/09/2008 | Lexis charge | $3.28 |
| 11/10/2008 | Photocopy charge (6 @ $0.10) | $0.60 |
| 11/10/2008 | Postage | $0.59 |
| 11/10/2008 | Postage | $0.59 |
| 11/10/2008 | Lexis charge | $0.91 |
| 11/12/2008 | Photocopy charge (130 @ $0.10) | $13.00 |
| 11/12/2008 | Postage | $10.44 |
| 11/13/2008 | Photocopy charge (9 @ $0.10) | $0.90 |

## Expenses

| Date | Description | Amount |
|------|-------------|--------|
| 11/13/2008 | Postage | $1.01 |
| 11/17/2008 | Photocopy charge (1 @ $0.10) | $0.10 |
| 11/19/2008 | Lexis charge | $1.24 |
| 11/20/2008 | DOCUMENT SOLUTIONS, INC.- Outside duplicating service- MICHAEL LYNN / DEMOSS, GALYEN & KELLEY - DOCKET #3:07- CV-0405 - DUPLICATE FEES - INV#00055636 | $32.08 |
| 11/25/2008 | Photocopy charge (2 @ $0.10) | $0.20 |
| 11/25/2008 | Postage | $0.42 |

|  | **Total** | **$86.18** |
|---|---|---|

| Total Services | $13,890.00 | |
|---|---|---|
| Total Disbursements | $86.18 | |
| Total Current Charges | | $13,976.18 |
| Previous Balance | | $60,054.40 |
| *Less Payments* | | *( $500.00)* |
| **PAY THIS AMOUNT** | | **$73,530.58** |

STATEMENT
LAW OFFICES

# LEITNER, WILLIAMS, DOOLEY & NAPOLITAN, PLLC

THIRD FLOOR
801 BROAD STREET
CHATTANOOGA, TENNESSEE 37402-2621

(423) 265-0214                                             IRS 62-0520912

Michael Lynn                                    November 13, 2008
510 Barton Shore Court                          Page #:   1
Lebanon, TN 37087                               Client:   007296
                                                Matter:   000001
                                                Invoice #:366921

RE:  Michael Lynn - Hanover Corporation , LLC
Client: Michael C. Lynn
Adv. Party: Hanover Corporation, LLC
Opened 11/08/06
SECURITY FRAUD
Responsible Attorney: Thomas J. Dement II

For Professional Services Rendered Through October 31, 2008

## Legal Services

| Date | Pers | Services | Hours | Rate | Amount |
|------|------|----------|-------|------|--------|
| 10/22/2008 | TI | | 1.5 | $100 | $150.00 |
| 10/24/2008 | TJD | | 0.1 | $225 | $22.50 |
| 10/25/2008 | LAG | | 1.2 | $225 | $270.00 |
| 10/25/2008 | LAG | | 2.0 | $225 | $450.00 |
| 10/27/2008 | TJD | | 0.1 | $225 | $22.50 |
| 10/27/2008 | TJD | | 0.2 | $225 | $45.00 |
| 10/27/2008 | TJD | | 0.2 | $225 | $45.00 |
| 10/27/2008 | TJD | | 0.1 | $225 | $22.50 |

## Legal Services

| Date | Pers | Services | Hours | Rate | Amount |
|------|------|----------|-------|------|--------|
| 10/27/2008 | JPB | | 1.2 | $225 | $270.00 |
| 10/27/2008 | JPB | | 2.6 | $225 | $585.00 |
| 10/27/2008 | LAG | | 1.2 | $225 | $270.00 |
| 10/27/2008 | LAG | | 1.4 | $225 | $315.00 |
| 10/27/2008 | LAG | | 2.7 | $225 | $607.50 |
| 10/27/2008 | TI | | 0.2 | $100 | $20.00 |
| 10/28/2008 | JPB | | 0.2 | $225 | $45.00 |
| 10/28/2008 | JPB | | 0.2 | $225 | $45.00 |
| 10/28/2008 | JPB | | 0.6 | $225 | $135.00 |
| 10/28/2008 | LAG | | 1.8 | $225 | $405.00 |
| 10/28/2008 | LAG | | 1.7 | $225 | $382.50 |
| 10/28/2008 | LAG | | 3.3 | $225 | $742.50 |
| 10/28/2008 | LAG | | 2.0 | $225 | $450.00 |
| 10/29/2008 | TJD | | 0.2 | $225 | $45.00 |
| 10/29/2008 | TJD | | 0.1 | $225 | $22.50 |

## Legal Services

| Date | Pers | Services | Hours | Rate | Amount |
|------|------|----------|-------|------|--------|
| 10/29/2008 | JPB | | 1.3 | $225 | $292.50 |
| 10/29/2008 | JPB | | 1.4 | $225 | $315.00 |
| 10/29/2008 | LAG | | 1.5 | $225 | $337.50 |
| 10/29/2008 | LAG | | 1.6 | $225 | $360.00 |
| 10/29/2008 | LAG | | 2.2 | $225 | $495.00 |
| 10/29/2008 | LAG | | 1.5 | $225 | $337.50 |
| 10/30/2008 | JPB | | 0.8 | $225 | $180.00 |
| 10/30/2008 | JPB | | 2.3 | $225 | $517.50 |
| 10/30/2008 | JPB | | 1.9 | $225 | $427.50 |
| 10/30/2008 | JPB | | 0.8 | $225 | $180.00 |
| 10/30/2008 | JPB | | 1.1 | $225 | $247.50 |
| 10/30/2008 | JPB | | 1.1 | $225 | $247.50 |
| 10/30/2008 | LAG | | 2.6 | $225 | $585.00 |
| 10/30/2008 | LAG | | 1.0 | $225 | $225.00 |
| 10/30/2008 | LAG | | 0.6 | $225 | $135.00 |
| 10/30/2008 | LAG | | 0.5 | $225 | $112.50 |

## Legal Services

| Date | Pers | Services | Hours | Rate | Amount |
|------|------|----------|-------|------|--------|
| 10/30/2008 | LAG | | 0.8 | $225 | $180.00 |
| 10/31/2008 | TJD | | 0.2 | $225 | $45.00 |
| 10/31/2008 | JPB | | 2.9 | $225 | $652.50 |
| 10/31/2008 | JPB | | 3.4 | $225 | $765.00 |
| 10/31/2008 | LAG | | 3.2 | $225 | $720.00 |
| 10/31/2008 | LAG | | 1.3 | $225 | $292.50 |
| 10/31/2008 | LAG | | 0.9 | $225 | $202.50 |
| | | **Totals** | **59.7** | | **$13,220.00** |

## Recapitulation

| Timekeeper | | Hours | Rate | Amount |
|------------|--|-------|------|--------|
| TI | Tiffany Hampton | 1.7 | $100.00 | $170.00 |
| JPB | J. Paul Brewer | 21.8 | $225.00 | $4,905.00 |
| LAG | Lindsey A. Greer | 35.0 | $225.00 | $7,875.00 |
| TJD | Thomas J. Dement II | 1.2 | $225.00 | $270.00 |

## Expenses

| Date | Description | Amount |
|------|-------------|--------|
| 10/20/2008 | Lexis charge | $2.36 |
| 10/22/2008 | Lexis charge | $1.35 |
| 10/23/2008 | Lexis charge | $1.33 |
| 10/26/2008 | Lexis charge | $0.94 |
| 10/27/2008 | Photocopy charge (24 @ $0.10) | $2.40 |
| 10/27/2008 | Photocopy charge (1 @ $0.10) | $0.10 |

## Expenses

| Date | Description | Amount |
|------|-------------|--------|
| 10/27/2008 | Lexis charge | $2.72 |
| 10/28/2008 | Lexis charge | $7.61 |
| 10/29/2008 | Photocopy charge (165 @ $0.10) | $16.50 |
| 10/29/2008 | Lexis charge | $6.31 |
| 10/30/2008 | Lexis charge | $4.41 |
| 10/31/2008 | Lexis charge | $5.01 |
| | **Total** | **$51.04** |

| | | |
|---|---|---|
| Total Services | $13,220.00 | |
| Total Disbursements | $51.04 | |
| Total Current Charges | | $13,271.04 |
| Previous Balance | | $46,783.36 |
| PAY THIS AMOUNT | | $60,054.40 |

STATEMENT
LAW OFFICES

# LEITNER, WILLIAMS, DOOLEY & NAPOLITAN, PLLC

THIRD FLOOR
801 BROAD STREET
CHATTANOOGA, TENNESSEE 37402-2621

(423) 265-0214

IRS 62-0520912

Michael Lynn
510 Barton Shore Court
Lebanon, TN 37087

October 31, 2008
Page #:  1
Client:  007296
Matter:  000001
Invoice #366714

RE:  Michael Lynn - Hanover Corporation , LLC
Client: Michael C. Lynn
Adv. Party: Hanover Corporation, LLC
Opened 11/08/06
SECURITY FRAUD
Responsible Attorney: Thomas J. Dement II

For Professional Services Rendered Through October 23, 2008

## Legal Services

| Date | Pers | Services | Hours | Rate | Amount |
|------|------|----------|-------|------|--------|
| 10/01/2008 | TJD | | 0.3 | $225 | $67.50 |
| 10/01/2008 | TJD | | 0.1 | $225 | $22.50 |
| 10/01/2008 | TJD | | 0.2 | $225 | $45.00 |
| 10/01/2008 | TI | | 0.2 | $100 | $20.00 |
| 10/02/2008 | JPB | | 2.3 | $225 | $517.50 |
| 10/02/2008 | TI | | 0.2 | $100 | $20.00 |
| 10/02/2008 | TI | | 0.2 | $100 | $20.00 |
| 10/06/2008 | TI | | 0.3 | $100 | $30.00 |
| 10/07/2008 | TJD | | 0.1 | $225 | $22.50 |

## Legal Services

| Date | Pers | Services | Hours | Rate | Amount |
|------|------|----------|-------|------|--------|
| 10/07/2008 | TJD | | 0.1 | $225 | $22.50 |
| 10/07/2008 | JPB | | 0.1 | $225 | $22.50 |
| 10/07/2008 | JPB | | 0.2 | $225 | $45.00 |
| 10/07/2008 | JPB | | 0.7 | $225 | $157.50 |
| 10/07/2008 | TI | | 0.2 | $100 | $20.00 |
| 10/07/2008 | TI | | 0.1 | $100 | $10.00 |
| 10/08/2008 | TJD | | 0.1 | $225 | $22.50 |
| 10/08/2008 | TJD | | 0.1 | $225 | $22.50 |
| 10/09/2008 | TJD | | 0.4 | $225 | $90.00 |
| 10/09/2008 | TJD | | 0.1 | $225 | $22.50 |
| 10/09/2008 | TJD | | 0.1 | $225 | $22.50 |
| 10/09/2008 | TJD | | 0.7 | $225 | $157.50 |
| 10/09/2008 | JPB | | 0.3 | $225 | $67.50 |
| 10/09/2008 | JPB | | 0.7 | $225 | $157.50 |
| 10/09/2008 | JPB | | 0.2 | $225 | $45.00 |
| 10/09/2008 | TI | | 0.2 | $100 | $20.00 |
| 10/10/2008 | TJD | | 0.1 | $225 | $22.50 |
| 10/10/2008 | TI | | 0.3 | $100 | $30.00 |
| 10/13/2008 | TJD | | 0.2 | $225 | $45.00 |
| 10/13/2008 | JPB | | 0.2 | $225 | $45.00 |
| 10/14/2008 | TJD | | 0.3 | $225 | $67.50 |

## Legal Services

| Date | Pers | Services | Hours | Rate | Amount |
|------|------|----------|-------|------|--------|
| 10/14/2008 | TJD | | 0.2 | $225 | $45.00 |
| 10/14/2008 | TJD | | 0.2 | $225 | $45.00 |
| 10/14/2008 | TJD | | 0.2 | $225 | $45.00 |
| 10/15/2008 | JPB | | 0.2 | $225 | $45.00 |
| 10/16/2008 | TJD | | 0.3 | $225 | $67.50 |
| 10/17/2008 | TJD | | 5.6 | $225 | $1,260.00 |
| 10/17/2008 | TJD | | 0.3 | $225 | $67.50 |
| 10/17/2008 | TJD | | 0.3 | $225 | $67.50 |
| 10/17/2008 | TJD | | 0.1 | $225 | $22.50 |
| 10/17/2008 | TJD | | 0.2 | $225 | $45.00 |
| 10/17/2008 | JPB | | 0.4 | $225 | $90.00 |
| 10/17/2008 | JPB | | 5.4 | $225 | $1,215.00 |
| 10/17/2008 | JPB | | 0.5 | $225 | $112.50 |
| 10/18/2008 | LAG | | 0.5 | $225 | $112.50 |
| 10/18/2008 | LAG | | 0.7 | $225 | $157.50 |
| 10/20/2008 | TJD | | 0.1 | $225 | $22.50 |
| 10/20/2008 | TJD | | 0.2 | $225 | $45.00 |
| 10/20/2008 | LAG | | 1.2 | $225 | $270.00 |
| 10/21/2008 | TJD | | 0.1 | $225 | $22.50 |

## Legal Services

| Date | Pers | Services | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 10/21/2008 | TJD | | 1.7 | $225 | $382.50 |
| 10/21/2008 | TJD | | 0.1 | $225 | $22.50 |
| 10/21/2008 | TJD | | 0.1 | $225 | $22.50 |
| 10/21/2008 | TJD | | 0.2 | $225 | $45.00 |
| 10/21/2008 | JPB | | 1.1 | $225 | $247.50 |
| 10/21/2008 | JPB | | 0.4 | $225 | $90.00 |
| 10/21/2008 | LAG | | 0.6 | $225 | $135.00 |
| 10/21/2008 | LAG | | 0.6 | $225 | $135.00 |
| 10/21/2008 | LAG | | 1.2 | $225 | $270.00 |
| 10/22/2008 | TJD | | 0.1 | $225 | $22.50 |
| 10/22/2008 | TJD | | 0.3 | $225 | $67.50 |
| 10/22/2008 | TJD | | 0.1 | $225 | $22.50 |
| 10/22/2008 | TJD | | 0.1 | $225 | $22.50 |
| 10/22/2008 | JPB | | 0.6 | $225 | $135.00 |
| 10/22/2008 | JPB | | 0.2 | $225 | $45.00 |
| 10/22/2008 | JPB | | 2.8 | $225 | $630.00 |

## Legal Services

| Date | Pers | Services | Hours | Rate | Amount |
|------|------|----------|-------|------|--------|
| 10/22/2008 | LAG | | 0.8 | $225 | $180.00 |
| 10/22/2008 | LAG | | 1.2 | $225 | $270.00 |
| 10/22/2008 | LAG | | 1.4 | $225 | $315.00 |
| 10/22/2008 | TI | | 0.2 | $100 | $20.00 |
| 10/23/2008 | JPB | | 3.3 | $225 | $742.50 |
| 10/23/2008 | JPB | | 4.5 | $225 | $1,012.50 |
| 10/23/2008 | TI | | 0.2 | $100 | $20.00 |
| | | **Totals** | 47.8 | | $10,492.50 |

## Recapitulation

| Timekeeper | | Hours | Rate | Amount |
|------------|--|-------|------|--------|
| TI | Tiffany Hampton | 2.1 | $100.00 | $210.00 |
| JPB | J. Paul Brewer | 24.1 | $225.00 | $5,422.50 |
| LAG | Lindsey A. Greer | 8.2 | $225.00 | $1,845.00 |
| TJD | Thomas J. Dement II | 13.4 | $225.00 | $3,015.00 |

## Expenses

| Date | Description | Amount |
|------|-------------|--------|
| 09/02/2008 | PAUL BREWER- Mileage @ .585- MICHAEL LYNN / DEMOSS, ET AL - MILEAGE TO/FROM HENDERSONVILLE, TN - 60 MI. - FOR DEPO. OF TERRY KRETZ (60 @ $0.585) | $35.10 |
| 09/09/2008 | Photocopy charge (60 @ $0.10) | $6.00 |
| 09/10/2008 | Lexis charge | $0.08 |
| 09/12/2008 | Postage | $0.59 |
| 09/15/2008 | Lexis charge | $0.08 |

## Expenses

| Date | Description | Amount |
|------|-------------|--------|
| 09/16/2008 | Postage | $1.26 |
| 09/16/2008 | Lexis charge | $3.94 |
| 09/26/2008 | Postage | $0.42 |
| 09/27/2008 | Lexis charge | $2.83 |
| 09/30/2008 | Lexis charge | $0.08 |
| 0/03/2008 | Photocopy charge (304 @ $0.10) | $30.40 |
| 0/07/2008 | Postage | $0.42 |
| 0/09/2008 | Postage | $0.42 |
| 0/09/2008 | Photocopy charge (43 @ $0.10) | $4.30 |
| 0/10/2008 | Photocopy charge (14 @ $0.10) | $1.40 |
| 0/20/2008 | THOMAS J. DEMENT,II- Travel expense- MICHAEL LYNN /HANOVER CORP--PARKING DURING MEDIATION | $12.00 |
| 0/20/2008 | Photocopy charge (26 @ $0.10) | $2.60 |
| 0/20/2008 | Postage | $0.42 |
| 0/22/2008 | Photocopy charge (58 @ $0.10) | $5.80 |

**Total**        **$108.14**

| | |
|---|---|
| Total Services | $10,492.50 |
| Total Disbursements | $108.14 |
| Total Current Charges | $10,600.64 |
| Previous Balance | $36,582.72 |
| *Less Payments* | *( $400.00)* |
| PAY THIS AMOUNT | $46,783.36 |

# LEITNER, WILLIAMS, DOOLEY & NAPOLITAN, PLLC

THIRD FLOOR
801 BROAD STREET
CHATTANOOGA, TENNESSEE 37402-2621

(423) 265-0214                    IRS 62-0520912

Michael Lynn
510 Barton Shore Court
Lebanon, TN 37087

October 24, 2008
Page #:   1
Client:    007296
Matter:   000001
Invoice #:366248

RE:  Michael Lynn - Hanover Corporation , LLC
Client: Michael C. Lynn
Adv. Party: Hanover Corporation, LLC
Opened 11/08/06
SECURITY FRAUD
Responsible Attorney: Thomas J. Dement II

For Professional Services Rendered Through  September 30, 2008

## Legal Services

| Date | Pers | Services | Hours | Rate | Amount |
|------|------|----------|------:|------|-------:|
| 09/02/2008 | TJD | | 9.2 | $125 | $1,150.00 |
| 09/02/2008 | JPB | | 1.7 | $125 | $212.50 |
| 09/02/2008 | JPB | | 8.2 | $125 | $1,025.00 |
| 09/10/2008 | TJD | | 8.2 | $125 | $1,025.00 |
| 09/10/2008 | JPB | | 7.7 | $125 | $962.50 |
| 09/11/2008 | TJD | | 7.2 | $125 | $900.00 |
| 09/11/2008 | JPB | | 8.3 | $125 | $1,037.50 |
| 09/12/2008 | TJD | | 7.2 | $125 | $900.00 |
| 09/12/2008 | JPB | | 7.1 | $125 | $887.50 |
| 09/15/2008 | TJD | | 5.5 | $125 | $687.50 |
| 09/15/2008 | JPB | | 6.0 | $125 | $750.00 |
| 09/22/2008 | TJD | | 1.5 | $125 | $187.50 |
| 09/22/2008 | JPB | | 1.6 | $125 | $200.00 |

| | | Totals | 112.2 | | $16,992.50 |

## Recapitulation

| Timekeeper | | Hours | Rate | Amount |
|---|---|---|---|---|
| TI | Tiffany Hampton | 2.5 | $100.00 | $250.00 |
| JPB | J. Paul Brewer | 40.6 | $125.00 | $5,075.00 |
| JPB | J. Paul Brewer | 24.9 | $225.00 | $5,602.50 |
| TJD | Thomas J. Dement II | 38.8 | $125.00 | $4,850.00 |
| TJD | Thomas J. Dement II | 5.4 | $225.00 | $1,215.00 |

| | | |
|---|---|---|
| Total Services | $16,992.50 | |
| Total Current Charges | | $16,992.50 |
| Previous Balance | | $19,990.22 |
| *Less Payments* | | *( $400.00)* |
| PAY THIS AMOUNT | | $36,582.72 |

# LEITNER, WILLIAMS, DOOLEY & NAPOLITAN, PLLC

THIRD FLOOR
801 BROAD STREET
CHATTANOOGA, TENNESSEE 37402-2621

(423) 265-0214                    IRS 62-0520912

Michael Lynn                              September 10, 2008
510 Barton Shore Court                    Page #:   1
Lebanon, TN 37087                         Client:   007296
                                          Matter:   000001
                                          Invoice #:363542

RE:  Michael Lynn - Hanover Corporation , LLC
Client: Michael C. Lynn
Adv. Party: Hanover Corporation, LLC
Opened 11/08/06
SECURITY FRAUD
Responsible Attorney: Thomas J. Dement II

For Professional Services Rendered Through  August 31, 2008

## Legal Services

| Date | Pers | Services | Hours | Rate | Amount |
|------|------|----------|-------|------|--------|
| 08/01/2008 | TJD | | 0.2 | $225 | $45.00 |
| 08/01/2008 | TJD | | 0.1 | $225 | $22.50 |
| 08/01/2008 | JPB | | 0.3 | $225 | $67.50 |
| 08/04/2008 | TJD | | 0.1 | $225 | $22.50 |
| 08/04/2008 | SANT | | 1.8 | $75. | $135.00 |
| 08/05/2008 | TJD | | 0.1 | $225 | $22.50 |
| 08/07/2008 | TI | | 0.2 | $100 | $20.00 |
| 08/11/2008 | JPB | | 0.5 | $225 | $112.50 |
| 08/12/2008 | TJD | | 0.1 | $225 | $22.50 |
| 08/12/2008 | TI | | 0.2 | $100 | $20.00 |

## Legal Services

| Date | Pers | Services | Hours | Rate | Amount |
|------|------|----------|-------|------|--------|
| 08/12/2008 | SAN9 | | 3.6 | $75. | $270.00 |
| 08/13/2008 | TJD | | 0.2 | $225 | $45.00 |
| 08/13/2008 | TJD | | 0.1 | $225 | $22.50 |
| 08/13/2008 | TJD | | 0.2 | $225 | $45.00 |
| 08/13/2008 | TJD | | 0.1 | $225 | $22.50 |
| 08/13/2008 | TJD | | 0.1 | $225 | $22.50 |
| 08/13/2008 | SAN9 | | 7.5 | $75. | $562.50 |
| 08/14/2008 | TJD | | 0.2 | $225 | $45.00 |
| 08/14/2008 | TJD | | 0.1 | $225 | $22.50 |
| 08/14/2008 | JPB | | 0.3 | $225 | $67.50 |
| 08/15/2008 | TJD | | 0.1 | $225 | $22.50 |
| 08/15/2008 | TJD | | 0.1 | $225 | $22.50 |
| 08/18/2008 | TJD | | 0.1 | $225 | $22.50 |
| 08/18/2008 | TI | | 0.2 | $100 | $20.00 |
| 08/19/2008 | TJD | | 0.3 | $225 | $67.50 |
| 08/19/2008 | TJD | | 0.3 | $225 | $67.50 |

## Legal Services

| Date | Pers | Services | Hours | Rate | Amount |
|------|------|----------|-------|------|--------|
| 08/19/2008 | TJD | | 0.1 | $225 | $22.50 |
| 08/19/2008 | TJD | | 0.1 | $225 | $22.50 |
| 08/19/2008 | TJD | | 0.1 | $225 | $22.50 |
| 08/19/2008 | TJD | | 0.3 | $225 | $67.50 |
| 08/19/2008 | TJD | | 0.1 | $225 | $22.50 |
| 08/19/2008 | JPB | | 0.3 | $225 | $67.50 |
| 08/19/2008 | JPB | | 0.2 | $225 | $45.00 |
| 08/19/2008 | JPB | | 0.4 | $225 | $90.00 |
| 08/19/2008 | TI | | 0.2 | $100 | $20.00 |
| 08/20/2008 | TI | | 0.2 | $100 | $20.00 |
| 08/20/2008 | TI | | 0.2 | $100 | $20.00 |
| 08/20/2008 | TI | | 0.2 | $100 | $20.00 |
| 08/20/2008 | TI | | 0.2 | $100 | $20.00 |
| 08/20/2008 | TI | | 0.2 | $100 | $20.00 |
| 08/21/2008 | TJD | | 0.1 | $225 | $22.50 |
| 08/21/2008 | JPB | | 0.2 | $225 | $45.00 |
| 08/22/2008 | TJD | | 0.1 | $225 | $22.50 |
| 08/22/2008 | TJD | | 0.2 | $225 | $45.00 |

## Legal Services

| Date | Pers | Services | Hours | Rate | Amount |
|------|------|----------|-------|------|--------|
| 08/22/2008 | TJD | | 0.1 | $225 | $22.50 |
| 08/22/2008 | JPB | | 0.2 | $225 | $45.00 |
| 08/22/2008 | JPB | | 0.2 | $225 | $45.00 |
| 08/22/2008 | JPB | | 0.2 | $225 | $45.00 |
| 08/25/2008 | TJD | | 0.1 | $225 | $22.50 |
| 08/25/2008 | TJD | | 0.1 | $225 | $22.50 |
| 08/25/2008 | JPB | | 0.2 | $225 | $45.00 |
| 08/25/2008 | TI | | 0.3 | $100 | $30.00 |
| 08/25/2008 | TI | | 0.3 | $100 | $30.00 |
| 08/25/2008 | TI | | 0.3 | $100 | $30.00 |
| 08/25/2008 | TI | | 0.3 | $100 | $30.00 |
| 08/25/2008 | TI | | 0.3 | $100 | $30.00 |
| 08/28/2008 | TJD | | 0.1 | $225 | $22.50 |
| 08/28/2008 | TJD | | 0.1 | $225 | $22.50 |
| 08/28/2008 | JPB | | 0.1 | $225 | $22.50 |
| 08/29/2008 | JPB | | 0.2 | $225 | $45.00 |
| 08/29/2008 | TI | | 0.3 | $100 | $30.00 |
| **Totals** | | | **23.9** | | **$2,992.50** |

## Recapitulation

| Timekeeper | | Hours | Rate | Amount |
|---|---|---|---|---|
| TI | Tiffany Hampton | 3.6 | $100.00 | $360.00 |
| JPB | J. Paul Brewer | 3.3 | $225.00 | $742.50 |
| TJD | Thomas J. Dement II | 4.1 | $225.00 | $922.50 |
| SAN7 | Michael McLaren | 1.8 | $75.00 | $135.00 |
| SAN9 | Sepi Khansari | 11.1 | $75.00 | $832.50 |

## Expenses

| Date | Description | Amount |
|---|---|---|
| 08/12/2008 | MICHAEL LYNN / HANOVER CORP., LLC - REIMB. FOR PYMT OF DUPLICATES AT DAVIDSON CO. CHAN. CT. | $19.00 |
| 08/13/2008 | Lexis charge | $16.57 |
| 08/15/2008 | Photocopy charge (3 @ $0.10) | $0.30 |
| 08/15/2008 | Postage | $0.42 |
| 08/21/2008 | Photocopy charge (1 @ $0.10) | $0.10 |
| 08/21/2008 | Postage | $0.59 |
| 08/25/2008 | Photocopy charge (4 @ $0.10) | $0.40 |
| 08/25/2008 | Postage | $0.42 |
| 08/25/2008 | Postage | $1.77 |
| 08/27/2008 | Photocopy charge (4 @ $0.10) | $0.40 |
| 08/27/2008 | Postage | $0.42 |
| | **Total** | **$40.39** |

| | | |
|---|---:|---:|
| Total Services | $2,992.50 | |
| Total Disbursements | $40.39 | |
| Total Current Charges | | $3,032.89 |
| Previous Balance | | $16,957.33 |
| **PAY THIS AMOUNT** | | **$19,990.22** |

STATEMENT
LAW OFFICES

# LEITNER, WILLIAMS, DOOLEY & NAPOLITAN, PLLC

THIRD FLOOR
801 BROAD STREET
CHATTANOOGA, TENNESSEE 37402-2621

(423) 265-0214                                    IRS 62-0520912

Michael Lynn                                    August 20, 2008
510 Barton Shore Court                          Page #:   1
Lebanon, TN 37087                               Client:    007296
                                                Matter:   000001
                                                Invoice #:362381

RE:  Michael Lynn - Hanover Corporation , LLC
Client: Michael C. Lynn
Adv. Party: Hanover Corporation, LLC
Opened 11/08/06
SECURITY FRAUD
Responsible Attorney: Thomas J. Dement II

For Professional Services Rendered Through  July 31, 2008

## Legal Services

| Date | Pers | Services | Hours | Rate | Amount |
|------|------|----------|-------|------|--------|
| 07/01/2008 | TJD | | 0.2 | $225 | $45.00 |
| 07/01/2008 | TJD | | 0.1 | $225 | $22.50 |
| 07/02/2008 | TJD | | 0.1 | $225 | $22.50 |
| 07/02/2008 | TI | | 0.2 | $100 | $20.00 |
| 07/07/2008 | TJD | | 0.1 | $225 | $22.50 |
| 07/07/2008 | JPB | | 0.1 | $225 | $22.50 |
| 07/07/2008 | JPB | | 0.2 | $225 | $45.00 |
| 07/08/2008 | TJD | | 0.1 | $225 | $22.50 |
| 07/08/2008 | TJD | | 0.1 | $225 | $22.50 |
| 07/08/2008 | TI | | 0.2 | $100 | $20.00 |

## Legal Services

| Date | Pers | Services | Hours | Rate | Amount |
|------|------|----------|-------|------|--------|
| 07/08/2008 | TI | | 0.2 | $100 | $20.00 |
| 07/09/2008 | TI | | 0.1 | $100 | $10.00 |
| 07/10/2008 | TJD | | 0.1 | $225 | $22.50 |
| 07/10/2008 | TJD | | 0.1 | $225 | $22.50 |
| 07/10/2008 | JPB | | 0.2 | $225 | $45.00 |
| 07/10/2008 | TI | | 0.2 | $100 | $20.00 |
| 07/10/2008 | TI | | 0.2 | $100 | $20.00 |
| 07/10/2008 | TI | | 0.2 | $100 | $20.00 |
| 07/15/2008 | JPB | | 0.8 | $225 | $180.00 |
| 07/16/2008 | TJD | | 0.2 | $225 | $45.00 |
| 07/16/2008 | TJD | | 0.1 | $225 | $22.50 |
| 07/16/2008 | TJD | | 0.1 | $225 | $22.50 |
| 07/16/2008 | TI | | 0.3 | $100 | $30.00 |
| 07/17/2008 | TJD | | 0.1 | $225 | $22.50 |
| 07/17/2008 | JPB | | 0.4 | $225 | $90.00 |
| 07/17/2008 | JPB | | 0.2 | $225 | $45.00 |
| 07/17/2008 | JPB | | 0.2 | $225 | $45.00 |
| 07/17/2008 | BI | | 0.1 | $100 | $10.00 |

## Legal Services

| Date | Pers | Services | Hours | Rate | Amount |
|------|------|----------|-------|------|--------|
| 07/18/2008 | TJD | | 0.1 | $225 | $22.50 |
| 07/18/2008 | TJD | | 0.1 | $225 | $22.50 |
| 07/21/2008 | TJD | | 0.1 | $225 | $22.50 |
| 07/21/2008 | TJD | | 0.1 | $225 | $22.50 |
| 07/21/2008 | TJD | | 0.1 | $225 | $22.50 |
| 07/21/2008 | TJD | | 0.1 | $225 | $22.50 |
| 07/22/2008 | TJD | | 0.1 | $225 | $22.50 |
| 07/22/2008 | TJD | | 0.1 | $225 | $22.50 |
| 07/22/2008 | TI | | 0.2 | $100 | $20.00 |
| 07/22/2008 | SAN7 | | 2.4 | $75. | $180.00 |
| 07/25/2008 | TI | | 0.2 | $100 | $20.00 |
| 07/28/2008 | TJD | | 0.1 | $225 | $22.50 |
| 07/29/2008 | TJD | | 0.2 | $225 | $45.00 |
| 07/29/2008 | TJD | | 0.1 | $225 | $22.50 |
| 07/29/2008 | TI | | 0.2 | $100 | $20.00 |
| 07/29/2008 | TI | | 0.1 | $100 | $10.00 |
| 07/29/2008 | TI | | 0.8 | $100 | $80.00 |
| 07/30/2008 | TJD | | 0.1 | $225 | $22.50 |
| 07/31/2008 | TI | | 0.3 | $100 | $30.00 |
| | | Totals | 10.7 | | $1,610.00 |

## Recapitulation

| Timekeeper | | Hours | Rate | Amount |
|---|---|---|---|---|
| BI | Brenda Dill | 0.1 | $100.00 | $10.00 |
| TI | Tiffany Hampton | 3.4 | $100.00 | $340.00 |
| JPB | J. Paul Brewer | 2.1 | $225.00 | $472.50 |
| TJD | Thomas J. Dement II | 2.7 | $225.00 | $607.50 |
| SAN7 | Michael McLaren | 2.4 | $75.00 | $180.00 |

## Expenses

| Date | Description | Amount |
|---|---|---|
| 07/17/2008 | Photocopy charge (70 @ $0.10) | $7.00 |
| 07/17/2008 | Photocopy charge (10 @ $0.10) | $1.00 |
| 07/17/2008 | Lowes copies @ .10 (1 @ $0.10) | $0.10 |
| 07/17/2008 | Postage | $0.59 |
| 07/18/2008 | Postage | $4.04 |
| 07/18/2008 | Postage | $0.84 |
| 07/30/2008 | MICHAEL LYNN/HANOVER-- REIMBURSEMENT FOR DUPLICATE DOCUMENTS | $33.50 |

**Total**        **$47.07**

| | | |
|---|---|---|
| Total Services | $1,610.00 | |
| Total Disbursements | $47.07 | |
| Total Current Charges | | $1,657.07 |
| Previous Balance | | $15,700.26 |
| *Less Payments* | | *( $400.00)* |
| **PAY THIS AMOUNT** | | **$16,957.33** |

# LEITNER, WILLIAMS, DOOLEY & NAPOLITAN, PLLC

THIRD FLOOR
801 BROAD STREET
CHATTANOOGA, TENNESSEE 37402-2621

(423) 265-0214                    IRS 62-0520912

Michael Lynn
510 Barton Shore Court
Lebanon, TN 37087

July 11, 2008
Page #:   1
Client:    007296
Matter:    000001
Invoice #:359982

RE:  Michael Lynn - Hanover Corporation , LLC
Client: Michael C. Lynn
Adv. Party: Hanover Corporation, LLC
Opened 11/08/06
SECURITY FRAUD
Responsible Attorney: Thomas J. Dement II

For Professional Services Rendered Through  June 30, 2008

## Legal Services

| Date | Pers | Services | Hours | Rate | Amount |
|------|------|----------|-------|------|--------|
| 06/02/2008 | JPB | | 0.2 | $225 | $45.00 |
| 06/09/2008 | JPB | | 0.2 | $225 | $45.00 |
| 06/09/2008 | JPB | | 0.2 | $225 | $45.00 |
| 06/09/2008 | JPB | | 0.3 | $225 | $67.50 |
| 06/09/2008 | JPB | | 0.3 | $225 | $67.50 |
| 06/09/2008 | JPB | | 0.3 | $225 | $67.50 |
| 06/09/2008 | JPB | | 0.2 | $225 | $45.00 |
| 06/11/2008 | TJD | | 0.1 | $225 | $22.50 |
| 06/11/2008 | TJD | | 0.1 | $225 | $22.50 |
| 06/11/2008 | TJD | | 0.1 | $225 | $22.50 |

## Legal Services

| Date | Pers | Services | Hours | Rate | Amount |
|------|------|----------|-------|------|--------|
| 06/12/2008 | TJD | | 0.2 | $225 | $45.00 |
| 06/12/2008 | TJD | | 0.2 | $225 | $45.00 |
| 06/12/2008 | TJD | | 0.1 | $225 | $22.50 |
| 06/12/2008 | TJD | | 0.2 | $225 | $45.00 |
| 06/12/2008 | TJD | | 0.1 | $225 | $22.50 |
| 06/12/2008 | TJD | | 0.2 | $225 | $45.00 |
| 06/12/2008 | JPB | | 0.2 | $225 | $45.00 |
| 06/12/2008 | JPB | | 0.1 | $225 | $22.50 |
| 06/13/2008 | TJD | | 0.1 | $225 | $22.50 |
| 06/13/2008 | TJD | | 0.2 | $225 | $45.00 |
| 06/13/2008 | TJD | | 0.2 | $225 | $45.00 |
| 06/13/2008 | JPB | | 0.4 | $225 | $90.00 |
| 06/16/2008 | TJD | | 0.2 | $225 | $45.00 |
| 06/17/2008 | TJD | | 0.1 | $225 | $22.50 |
| 06/17/2008 | JPB | | 0.2 | $225 | $45.00 |
| 06/17/2008 | JPB | | 0.4 | $225 | $90.00 |
| 06/17/2008 | JPB | | 0.6 | $225 | $135.00 |
| 06/19/2008 | TJD | | 0.1 | $225 | $22.50 |

## Legal Services

| Date | Pers | Services | Hours | Rate | Amount |
|------|------|----------|-------|------|--------|
| 06/19/2008 | TJD | | 0.1 | $225 | $22.50 |
| 06/19/2008 | TJD | | 0.2 | $225 | $45.00 |
| 06/19/2008 | TJD | | 0.1 | $225 | $22.50 |
| 06/19/2008 | TJD | | 0.1 | $225 | $22.50 |
| 06/19/2008 | JPB | | 1.4 | $225 | $315.00 |
| 06/20/2008 | TJD | | 0.1 | $225 | $22.50 |
| 06/20/2008 | TJD | | 0.1 | $225 | $22.50 |
| 06/20/2008 | TJD | | 0.1 | $225 | $22.50 |
| 06/20/2008 | TJD | | 0.1 | $225 | $22.50 |
| 06/20/2008 | TJD | | 0.1 | $225 | $22.50 |
| 06/20/2008 | TI | | 0.2 | $100 | $20.00 |
| 06/20/2008 | TI | | 0.2 | $100 | $20.00 |
| 06/20/2008 | TI | | 0.2 | $100 | $20.00 |
| 06/23/2008 | TJD | | 0.2 | $225 | $45.00 |
| 06/23/2008 | TJD | | 0.2 | $225 | $45.00 |
| 06/23/2008 | TJD | | 0.2 | $225 | $45.00 |
| 06/23/2008 | TJD | | 0.1 | $225 | $22.50 |
| 06/23/2008 | TJD | | 0.2 | $225 | $45.00 |

## Legal Services

| Date | Pers | Services | Hours | Rate | Amount |
|------|------|----------|-------|------|--------|
| 06/23/2008 | TJD | | 0.1 | $225 | $22.50 |
| 06/23/2008 | TJD | | 0.1 | $225 | $22.50 |
| 06/23/2008 | JPB | | 0.4 | $225 | $90.00 |
| 06/23/2008 | JPB | | 0.1 | $225 | $22.50 |
| 06/24/2008 | TJD | | 0.1 | $225 | $22.50 |
| 06/24/2008 | TJD | | 0.1 | $225 | $22.50 |
| 06/24/2008 | TJD | | 0.2 | $225 | $45.00 |
| 06/24/2008 | TJD | | 0.1 | $225 | $22.50 |
| 06/24/2008 | TJD | | 0.1 | $225 | $22.50 |
| 06/24/2008 | TJD | | 0.1 | $225 | $22.50 |
| 06/24/2008 | JPB | | 0.3 | $225 | $67.50 |
| 06/24/2008 | JPB | | 0.2 | $225 | $45.00 |
| 06/24/2008 | JPB | | 0.2 | $225 | $45.00 |
| 06/24/2008 | TI | | 0.2 | $100 | $20.00 |
| 06/24/2008 | TI | | 0.2 | $100 | $20.00 |
| 06/25/2008 | TJD | | 0.2 | $225 | $45.00 |
| 06/25/2008 | TJD | | 0.1 | $225 | $22.50 |
| 06/25/2008 | TJD | | 0.2 | $225 | $45.00 |
| 06/26/2008 | TJD | | 0.3 | $225 | $67.50 |
| 06/26/2008 | TJD | | 0.1 | $225 | $22.50 |

## Legal Services

| Date | Pers | Services | Hours | Rate | Amount |
|------|------|----------|-------|------|--------|
| 06/26/2008 | JPB | | 0.2 | $225 | $45.00 |
| 06/26/2008 | TI | | 2.1 | $100 | $210.00 |
| 06/27/2008 | TJD | | 0.2 | $225 | $45.00 |
| 06/27/2008 | TJD | | 0.1 | $225 | $22.50 |
| 06/27/2008 | TJD | | 0.1 | $225 | $22.50 |
| 06/27/2008 | TJD | | 0.1 | $225 | $22.50 |
| 06/27/2008 | JPB | | 0.4 | $225 | $90.00 |
| 06/27/2008 | JPB | | 0.8 | $225 | $180.00 |
| 06/27/2008 | JPB | | 0.4 | $225 | $90.00 |
| 06/27/2008 | JPB | | 0.3 | $225 | $67.50 |
| 06/30/2008 | TJD | | 0.1 | $225 | $22.50 |
| 06/30/2008 | TI | | 0.1 | $100 | $10.00 |

| | | Totals | 18.0 | | $3,650.00 |
|---|---|---|---|---|---|

## Recapitulation

| Timekeeper | | Hours | Rate | Amount |
|------------|---|-------|------|--------|
| TI | Tiffany Hampton | 3.2 | $100.00 | $320.00 |
| JPB | J. Paul Brewer | 8.3 | $225.00 | $1,867.50 |
| TJD | Thomas J. Dement II | 6.5 | $225.00 | $1,462.50 |

## Expenses

| Date | Description | Amount |
|------|-------------|--------|
| 06/03/2008 | Photocopy charge (2 @ $0.10) | $0.20 |
| 06/11/2008 | Postage | $0.42 |
| 06/17/2008 | Lexis charge | $0.46 |
| 06/24/2008 | Postage | $1.68 |
| 06/30/2008 | Photocopy charge (37 @ $0.10) | $3.70 |
| 06/30/2008 | Photocopy charge (85 @ $0.10) | $8.50 |
| 06/30/2008 | Postage | $0.42 |
| 06/30/2008 | Postage | $4.70 |
| 06/30/2008 | Postage | $2.36 |

**Total**  **$22.44**

| | | |
|---|---|---|
| Total Services | $3,650.00 | |
| Total Disbursements | $22.44 | |
| Total Current Charges | | $3,672.44 |
| Previous Balance | | $12,527.82 |
| *Less Payments* | | *( $500.00)* |
| **PAY THIS AMOUNT** | | **$15,700.26** |

STATEMENT
LAW OFFICES

# LEITNER, WILLIAMS, DOOLEY & NAPOLITAN, PLLC

THIRD FLOOR
801 BROAD STREET
CHATTANOOGA, TENNESSEE 37402-2621

(423) 265-0214

IRS 62-0520912

Michael Lynn
510 Barton Shore Court
Lebanon, TN 37087

June 06, 2008
Page #:  1
Client:    007296
Matter:    000001
Invoice #:358095

RE:  Michael Lynn – Hanover Corporation , LLC
Client: Michael C. Lynn
Adv. Party: Hanover Corporation, LLC
Opened 11/08/06
SECURITY FRAUD
Responsible Attorney: Thomas J. Dement II

For Professional Services Rendered ThroughMay 31, 2008

## Legal Services

| Date | Pers | Services | Hours | Rate | Amount |
|------|------|----------|-------|------|--------|
| 05/08/2008 | JPB | | 1.2 | $225 | $270.00 |
| 05/09/2008 | JPB | | 1.2 | $225 | $270.00 |
| 05/09/2008 | JPB | | 0.4 | $225 | $90.00 |
| 05/09/2008 | JPB | | 0.4 | $225 | $90.00 |
| 05/13/2008 | JPB | | 0.3 | $225 | $67.50 |
| 05/15/2008 | TJD | | 0.3 | $225 | $67.50 |
| 05/15/2008 | TJD | | 0.2 | $225 | $45.00 |
| 05/16/2008 | TJD | | 0.1 | $225 | $22.50 |
| 05/19/2008 | TJD | | 0.2 | $225 | $45.00 |
| 05/21/2008 | TJD | | 0.1 | $225 | $22.50 |
| 05/21/2008 | TJD | | 0.1 | $225 | $22.50 |

## Legal Services

| Date | Pers | Services | Hours | Rate | Amount |
|------|------|----------|-------|------|--------|
| 05/23/2008 | TJD | | 0.1 | $225 | $22.50 |
| 05/23/2008 | TJD | | 0.1 | $225 | $22.50 |
| 05/23/2008 | TI | | 1.9 | $100 | $190.00 |
| 05/23/2008 | TI | | 0.9 | $100 | $90.00 |
| 05/23/2008 | TI | | 0.2 | $100 | $20.00 |
| 05/27/2008 | TJD | | 0.2 | $225 | $45.00 |
| 05/27/2008 | TJD | | 0.1 | $225 | $22.50 |
| 05/27/2008 | TJD | | 0.1 | $225 | $22.50 |
| 05/27/2008 | TJD | | 0.1 | $225 | $22.50 |
| 05/28/2008 | TI | | 0.2 | $100 | $20.00 |
| 05/29/2008 | TJD | | 0.2 | $225 | $45.00 |
| 05/29/2008 | TJD | | 0.3 | $225 | $67.50 |
| 05/29/2008 | JPB | | 0.2 | $225 | $45.00 |
| 05/30/2008 | TJD | | 0.2 | $225 | $45.00 |
| 05/30/2008 | TJD | | 0.1 | $225 | $22.50 |
| **Totals** | | | **9.4** | | **$1,715.00** |

## Recapitulation

| Timekeeper | | Hours | Rate | Amount |
|---|---|---|---|---|
| TI | Tiffany Hampton | 3.2 | $100.00 | $320.00 |
| JPB | J. Paul Brewer | 3.7 | $225.00 | $832.50 |
| TJD | Thomas J. Dement II | 2.5 | $225.00 | $562.50 |

## Expenses

| Date | Description | Amount |
|---|---|---|
| 05/08/2008 | Photocopy charge (1 @ $0.10) | $0.10 |
| 05/08/2008 | Postage | $0.41 |
| | **Total** | **$0.51** |

| | | |
|---|---|---|
| Total Services | $1,715.00 | |
| Total Disbursements | $0.51 | |
| Total Current Charges | | $1,715.51 |
| Previous Balance | | $11,312.31 |
| *Less Payments* | | *( $500.00)* |
| **PAY THIS AMOUNT** | | **$12,527.82** |