# LEITNER, WILLIAMS, DOOLEY & NAPOLITAN, PLLC

THIRD FLOOR
801 BROAD STREET
CHATTANOOGA, TENNESSEE 37402-2621

(423) 265-0214                    IRS 62-0520912

Michael Lynn
510 Barton Shore Court
Lebanon, TN 37087

May 07, 2008
Page #:   1
Client:   007296
Matter:   000001
Invoice #:356361

RE:  Michael Lynn - Hanover Corporation , LLC
Client: Michael C. Lynn
Adv. Party: Hanover Corporation, LLC
Opened 11/08/06
SECURITY FRAUD
Responsible Attorney: Thomas J. Dement II

For Professional Services Rendered Through April 30, 2008

## Legal Services

| Date | Pers | Services | Hours | Rate | Amount |
|------|------|----------|-------|------|--------|
| 04/02/2008 | TJD | | 0.1 | $225 | $22.50 |
| 04/03/2008 | TJD | | 0.2 | $225 | $45.00 |
| 04/10/2008 | JPB | | 0.1 | $225 | $22.50 |
| 04/14/2008 | TI | | 0.2 | $100 | $20.00 |
| 04/17/2008 | JPB | | 0.8 | $225 | $180.00 |
| 04/21/2008 | JPB | | 0.7 | $225 | $157.50 |
| 04/23/2008 | JPB | | 0.4 | $225 | $90.00 |
| 04/23/2008 | JPB | | 0.2 | $225 | $45.00 |
| 04/24/2008 | JPB | | 0.4 | $225 | $90.00 |

## Legal Services

| Date | Pers | Services | Hours | Rate | Amount |
|------|------|----------|-------|------|--------|
| 04/24/2008 | JPB | | 0.2 | $225 | $45.00 |
| 04/28/2008 | TJD | | 0.3 | $225 | $67.50 |
| 04/28/2008 | TJD | | 0.1 | $225 | $22.50 |
| 04/28/2008 | TJD | | 0.2 | $225 | $45.00 |
| 04/28/2008 | JPB | | 0.2 | $225 | $45.00 |
| 04/28/2008 | JPB | | 0.2 | $225 | $45.00 |
| 04/29/2008 | JPB | | 0.1 | $225 | $22.50 |
| | | Totals | 4.4 | | $965.00 |

## Recapitulation

| Timekeeper | | Hours | Rate | Amount |
|------------|--|-------|------|--------|
| TI | Tiffany Hampton | 0.2 | $100.00 | $20.00 |
| JPB | J. Paul Brewer | 3.3 | $225.00 | $742.50 |
| TJD | Thomas J. Dement II | 0.9 | $225.00 | $202.50 |

## Expenses

| Date | Description | Amount |
|------|-------------|--------|
| 04/03/2008 | Photocopy charge (18 @ $0.10) | $1.80 |
| 04/04/2008 | Postage | $1.31 |
| 04/28/2008 | Photocopy charge (10 @ $0.10) | $1.00 |
| 04/28/2008 | Postage | $5.92 |
| | Total | $10.03 |

| | | |
|---|---:|---:|
| Total Services | $965.00 | |
| Total Disbursements | $10.03 | |
| Total Current Charges | | $975.03 |
| Previous Balance | | $10,837.28 |
| *Less Payments* | | *( $500.00)* |
| **PAY THIS AMOUNT** | | **$11,312.31** |

# LEITNER, WILLIAMS, DOOLEY & NAPOLITAN, PLLC

THIRD FLOOR
801 BROAD STREET
CHATTANOOGA, TENNESSEE 37402-2621

(423) 265-0214                                    IRS 62-0520912

Michael Lynn                                    April 09, 2008
510 Barton Shore Court                           Page #:   1
Lebanon, TN 37087                                Client:   007296
                                                 Matter:   000001
                                                 Invoice #:354677

RE:  Michael Lynn - Hanover Corporation , LLC
Client: Michael C. Lynn
Adv. Party: Hanover Corporation, LLC
Opened 11/08/06
SECURITY FRAUD
Responsible Attorney: Thomas J. Dement II

For Professional Services Rendered Through March 31, 2008

## Legal Services

| Date | Pers | Services | Hours | Rate | Amount |
|------|------|----------|-------|------|--------|
| 03/24/2008 | JPB | | 0.1 | $225 | $22.50 |
| 03/24/2008 | JPB | | 0.1 | $225 | $22.50 |
| | | Totals | 0.2 | | $45.00 |

## Recapitulation

### Timekeeper

| | | Hours | Rate | Amount |
|------|------|-------|------|--------|
| JPB | J. Paul Brewer | 0.2 | $225.00 | $45.00 |

## Expenses

| Date | Description | Amount |
|------|-------------|--------|
| 03/14/2008 | Photocopy charge (1 @ $0.10) | $0.10 |
| 03/14/2008 | Postage | $0.41 |
| | Total | $0.51 |

| | | |
|---|---|---|
| Total Services | $45.00 | |
| Total Disbursements | $0.51 | |
| Total Current Charges | | $45.51 |
| Previous Balance | | $11,291.77 |
| *Less Payments* | | ( *$500.00*) |
| **PAY THIS AMOUNT** | | **$10,837.28** |

# LEITNER, WILLIAMS, DOOLEY & NAPOLITAN, PLLC

THIRD FLOOR
801 BROAD STREET
CHATTANOOGA, TENNESSEE 37402-2621

(423) 265-0214                              IRS 62-0520912

Michael Lynn
510 Barton Shore Court
Lebanon, TN 37087

March 12, 2008
Page #:  1
Client:    007296
Matter:   000001
Invoice #:352952

RE:  Michael Lynn - Hanover Corporation , LLC
Client: Michael C. Lynn
Adv. Party: Hanover Corporation, LLC
Opened 11/08/06
SECURITY FRAUD
Responsible Attorney: Thomas J. Dement II

For Professional Services Rendered ThroughFebruary 29, 2008

## Legal Services

| Date | Pers | Services | Hours | Rate | Amount |
|------|------|----------|-------|------|--------|
| 02/01/2008 | TJD | | 0.2 | $225 | $45.00 |
| 02/05/2008 | TJD | | 0.2 | $225 | $45.00 |
| 02/05/2008 | TJD | | 0.1 | $225 | $22.50 |
| 02/05/2008 | JPB | | 0.1 | $225 | $22.50 |
| 02/05/2008 | JPB | | 0.2 | $225 | $45.00 |
| 02/13/2008 | TJD | | 0.1 | $225 | $22.50 |
| | | **Totals** | **0.9** | | **$202.50** |

## Recapitulation

| Timekeeper | | Hours | Rate | Amount |
|------------|--|-------|------|--------|
| JPB | J. Paul Brewer | 0.3 | $225.00 | $67.50 |
| TJD | Thomas J. Dement II | 0.6 | $225.00 | $135.00 |

## Expenses

| Date | Description | Amount |
|------|-------------|--------|
| 02/07/2008 | Photocopy charge (12 @ $0.10) | $1.20 |
| 02/12/2008 | Photocopy charge (1 @ $0.10) | $0.10 |
| 02/12/2008 | Postage | $0.58 |
| | **Total** | **$1.88** |

| | | |
|---|---|---|
| Total Services | $202.50 | |
| Total Disbursements | $1.88 | |
| Total Current Charges | | $204.38 |
| Previous Balance | | $11,587.39 |
| *Less Payments* | | *( $500.00)* |
| **PAY THIS AMOUNT** | | **$11,291.77** |

STATEMENT
LAW OFFICES

# LEITNER, WILLIAMS, DOOLEY & NAPOLITAN, PLLC

THIRD FLOOR
801 BROAD STREET
CHATTANOOGA, TENNESSEE 37402-2621

(423) 265-0214                    IRS 62-0520912

Michael Lynn                                February 08, 2008
510 Barton Shore Court                      Page #:   1
Lebanon, TN 37087                           Client:   007296
                                            Matter:   000001
                                            Invoice #:350955

RE:  Michael Lynn - Hanover Corporation , LLC
Client: Michael C. Lynn
Adv. Party: Hanover Corporation, LLC
Opened 11/08/06
SECURITY FRAUD
Responsible Attorney: Thomas J. Dement II

For Professional Services Rendered Through January 31, 2008

## Legal Services

| Date | Pers | Services | Hours | Rate | Amount |
|------|------|----------|-------|------|--------|
| 01/02/2008 | TJD | | 0.1 | $225 | $22.50 |
| 01/04/2008 | TJD | | 0.1 | $225 | $22.50 |
| 01/04/2008 | TJD | | 0.1 | $225 | $22.50 |
| 01/10/2008 | TJD | | 0.1 | $225 | $22.50 |
| 01/10/2008 | TJD | | 0.1 | $225 | $22.50 |
| 01/10/2008 | TJD | | 0.1 | $225 | $22.50 |
| 01/10/2008 | TJD | | 0.1 | $225 | $22.50 |
| 01/10/2008 | JPB | | 0.6 | $225 | $135.00 |
| 01/10/2008 | JPB | | 0.1 | $225 | $22.50 |

## Legal Services

| Date | Pers | Services | Hours | Rate | Amount |
|------|------|----------|-------|------|--------|
| 01/10/2008 | JPB | | 0.3 | $225 | $67.50 |
| 01/14/2008 | TJD | | 0.1 | $225 | $22.50 |
| 01/14/2008 | TJD | | 0.1 | $225 | $22.50 |
| 01/14/2008 | TJD | | 0.4 | $225 | $90.00 |
| 01/14/2008 | TJD | | 0.1 | $225 | $22.50 |
| 01/14/2008 | TJD | | 0.9 | $225 | $202.50 |
| 01/14/2008 | TJD | | 0.1 | $225 | $22.50 |
| 01/14/2008 | TJD | | 0.1 | $225 | $22.50 |
| 01/14/2008 | TJD | | 0.1 | $225 | $22.50 |
| 01/14/2008 | TJD | | 0.1 | $225 | $22.50 |
| 01/14/2008 | JPB | | 0.3 | $225 | $67.50 |
| 01/14/2008 | JPB | | 0.2 | $225 | $45.00 |
| 01/14/2008 | JPB | | 0.4 | $225 | $90.00 |
| 01/14/2008 | JPB | | 1.3 | $225 | $292.50 |
| 01/15/2008 | TJD | | 0.1 | $225 | $22.50 |
| 01/15/2008 | TJD | | 0.1 | $225 | $22.50 |
| 01/15/2008 | TJD | | 0.1 | $225 | $22.50 |
| 01/15/2008 | TJD | | 0.1 | $225 | $22.50 |

## Legal Services

| Date | Pers | Services | Hours | Rate | Amount |
|------|------|----------|-------|------|--------|
| 01/15/2008 | TJD | | 0.1 | $225 | $22.50 |
| 01/15/2008 | JPB | | 0.2 | $225 | $45.00 |
| 01/15/2008 | JPB | | 0.2 | $225 | $45.00 |
| 01/15/2008 | JPB | | 0.1 | $225 | $22.50 |
| 01/16/2008 | TJD | | 0.1 | $225 | $22.50 |
| 01/16/2008 | TJD | | 0.1 | $225 | $22.50 |
| 01/17/2008 | TJD | | 0.2 | $225 | $45.00 |
| 01/18/2008 | JPB | | 0.6 | $225 | $135.00 |
| 01/21/2008 | TJD | | 0.2 | $225 | $45.00 |
| 01/21/2008 | JPB | | 0.2 | $225 | $45.00 |
| 01/21/2008 | JPB | | 0.8 | $225 | $180.00 |
| 01/21/2008 | JPB | | 0.5 | $225 | $112.50 |
| 01/21/2008 | JPB | | 1.2 | $225 | $270.00 |
| 01/22/2008 | TJD | | 0.1 | $225 | $22.50 |
| 01/22/2008 | TJD | | 0.1 | $225 | $22.50 |
| 01/22/2008 | TJD | | 0.1 | $225 | $22.50 |
| 01/22/2008 | TJD | | 0.2 | $225 | $45.00 |
| 01/22/2008 | TJD | | 0.1 | $225 | $22.50 |

## Legal Services

| Date | Pers | Services | Hours | Rate | Amount |
|------|------|----------|-------|------|--------|
| 01/22/2008 | TJD | | 0.1 | $225 | $22.50 |
| 01/22/2008 | TJD | | 0.1 | $225 | $22.50 |
| 01/22/2008 | TJD | | 0.1 | $225 | $22.50 |
| 01/22/2008 | JPB | | 0.3 | $225 | $67.50 |
| 01/22/2008 | JPB | | 0.2 | $225 | $45.00 |
| 01/23/2008 | TJD | | 0.1 | $225 | $22.50 |
| 01/24/2008 | JPB | | 3.1 | $225 | $697.50 |
| 01/25/2008 | TJD | | 0.1 | $225 | $22.50 |
| 01/25/2008 | TJD | | 0.1 | $225 | $22.50 |
| 01/25/2008 | JPB | | 0.6 | $225 | $135.00 |
| 01/25/2008 | JPB | | 0.9 | $225 | $202.50 |
| 01/25/2008 | JPB | | 0.9 | $225 | $202.50 |
| 01/25/2008 | JPB | | 0.5 | $225 | $112.50 |
| 01/28/2008 | TJD | | 0.3 | $225 | $67.50 |
| 01/28/2008 | TJD | | 0.1 | $225 | $22.50 |
| 01/28/2008 | TJD | | 0.1 | $225 | $22.50 |
| 01/28/2008 | JPB | | 0.2 | $225 | $45.00 |
| 01/28/2008 | JPB | | 0.9 | $225 | $202.50 |

## Legal Services

| Date | Pers | Services | Hours | Rate | Amount |
|------|------|----------|-------|------|--------|
| 01/28/2008 | JPB | | 0.4 | $225 | $90.00 |
| 01/28/2008 | JPB | | 0.2 | $225 | $45.00 |
| 01/28/2008 | JPB | | 0.2 | $225 | $45.00 |
| 01/29/2008 | TJD | | 0.1 | $225 | $22.50 |
| 01/29/2008 | TJD | | 0.2 | $225 | $45.00 |
| 01/29/2008 | TJD | | 0.1 | $225 | $22.50 |
| 01/31/2008 | TJD | | 0.2 | $225 | $45.00 |
| | | Totals | 21.5 | | $4,837.50 |

## Recapitulation

| Timekeeper | | Hours | Rate | Amount |
|------|------|-------|------|--------|
| JPB | J. Paul Brewer | 15.4 | $225.00 | $3,465.00 |
| TJD | Thomas J. Dement II | 6.1 | $225.00 | $1,372.50 |

## Expenses

| Date | Description | Amount |
|------|-------------|--------|
| 01/07/2008 | PACER SERVICE CENTER- Research fee- ONLINE RESEARCH   10/1/07-12/31/07 | $29.60 |
| 01/11/2008 | Postage | $0.58 |
| 01/14/2008 | THOMAS J. DEMENT,II- Travel expense- MICHAEL LYNN/HANOVER CORP-- PARKING WHILE ATTENDING CASE MANAGEMENT CONFERENCE | $9.00 |
| 01/18/2008 | Lexis charge | $4.01 |
| 01/25/2008 | Lexis charge | $9.81 |
| 01/28/2008 | Postage | $1.99 |
| 01/28/2008 | Postage | $1.16 |
| 01/29/2008 | Postage | $0.58 |
| 01/30/2008 | Photocopy charge (36 @ $0.10) | $3.60 |
| | Total | $60.33 |

| | | |
|---|---|---|
| Total Services | $4,837.50 | |
| Total Disbursements | $60.33 | |
| Total Current Charges | | $4,897.83 |
| Previous Balance | | $7,189.56 |
| *Less Payments* | | ( $500.00) |
| **PAY THIS AMOUNT** | | **$11,587.39** |

# LEITNER, WILLIAMS, DOOLEY & NAPOLITAN, PLLC

THIRD FLOOR
801 BROAD STREET
CHATTANOOGA, TENNESSEE 37402-2621

(423) 265-0214                    IRS 62-0520912

Michael Lynn
510 Barton Shore Court
Lebanon, TN 37087

January 08, 2008
Page #:   1
Client:    007296
Matter:    000001
Invoice #:349358

RE:  Michael Lynn - Hanover Corporation , LLC
Client: Michael C. Lynn
Adv. Party: Hanover Corporation, LLC
Opened 11/08/06
SECURITY FRAUD
Responsible Attorney: Thomas J. Dement II

For Professional Services Rendered ThroughDecember 31, 2007

## Legal Services

| Date | Pers | Services | Hours | Rate | Amount |
|------|------|----------|-------|------|--------|
| 12/03/2007 | TJD | | 0.1 | $225 | $22.50 |
| 12/06/2007 | TJD | | 0.3 | $225 | $67.50 |
| 12/07/2007 | TJD | | 0.1 | $225 | $22.50 |
| 12/07/2007 | TJD | | 0.3 | $225 | $67.50 |
| 12/07/2007 | TJD | | 0.1 | $225 | $22.50 |
| 12/07/2007 | TJD | | 0.3 | $225 | $67.50 |
| 12/07/2007 | TJD | | 0.1 | $225 | $22.50 |
| 12/07/2007 | TJD | | 0.1 | $225 | $22.50 |
| 12/07/2007 | TJD | | 0.1 | $225 | $22.50 |
| 12/07/2007 | TJD | | 0.1 | $225 | $22.50 |
| 12/07/2007 | TJD | | 0.1 | $225 | $22.50 |

## Legal Services

| Date | Pers | Services | Hours | Rate | Amount |
|------|------|----------|-------|------|--------|
| 12/07/2007 | TJD | | 0.1 | $225 | $22.50 |
| 12/07/2007 | TJD | | 0.1 | $225 | $22.50 |
| 12/07/2007 | TJD | | 0.1 | $225 | $22.50 |
| 12/10/2007 | TJD | | 0.9 | $225 | $202.50 |
| 12/10/2007 | TJD | | 1.4 | $225 | $315.00 |
| 12/10/2007 | TJD | | 0.3 | $225 | $67.50 |
| 12/10/2007 | TJD | | 0.1 | $225 | $22.50 |
| 12/10/2007 | JPB | | 0.1 | $225 | $22.50 |
| 12/10/2007 | JPB | | 1.5 | $225 | $337.50 |
| 12/11/2007 | TJD | | 0.3 | $225 | $67.50 |
| 12/11/2007 | TJD | | 0.1 | $225 | $22.50 |
| 12/11/2007 | TJD | | 0.1 | $225 | $22.50 |
| 12/11/2007 | JPB | | 0.2 | $225 | $45.00 |
| 12/11/2007 | JPB | | 0.2 | $225 | $45.00 |
| 12/11/2007 | TI | | 2.1 | $100 | $210.00 |

## Legal Services

| Date | Pers | Services | Hours | Rate | Amount |
|------|------|----------|-------|------|--------|
| 12/12/2007 | JPB | | 0.2 | $225 | $45.00 |
| 12/13/2007 | TJD | | 0.2 | $225 | $45.00 |
| 12/13/2007 | TJD | | 0.1 | $225 | $22.50 |
| 12/13/2007 | TJD | | 0.1 | $225 | $22.50 |
| 12/14/2007 | TJD | | 0.2 | $225 | $45.00 |
| 12/18/2007 | TJD | | 0.1 | $225 | $22.50 |
| 12/26/2007 | TJD | | 0.2 | $225 | $45.00 |
| 12/27/2007 | TJD | | 0.2 | $225 | $45.00 |
| | | **Totals** | **10.6** | | **$2,122.50** |

## Recapitulation

| Timekeeper | | Hours | Rate | Amount |
|------------|--|-------|------|--------|
| TI | Tiffany Hampton | 2.1 | $100.00 | $210.00 |
| JPB | J. Paul Brewer | 2.2 | $225.00 | $495.00 |
| TJD | Thomas J. Dement II | 6.3 | $225.00 | $1,417.50 |

## Expenses

| Date | Description | Amount |
|------|-------------|--------|
| 12/10/2007 | THOMAS J. DEMENT,II- Travel expense- MICHAEL LYNN/HANOVER CORP-- PARKING AT CASE MANAGEMENT CONFERENCE | $12.00 |
| 12/13/2007 | ZACH ERVIN - RUNNER NASH.- Mileage @ .485 to and from- LYNN/HANOVER--(5MLS) FEDERAL COURTHOUSE TO PICK UP FILE (5 @ $0.485) | $2.42 |
| 12/13/2007 | Postage | $0.41 |
| 12/14/2007 | Postage | $0.41 |

## Expenses

| Date | Description | Amount |
|------|-------------|--------|
| 12/27/2007 | Postage | $0.41 |

**Total**     **$15.65**

| | |
|---|---|
| Total Services | $2,122.50 |
| Total Disbursements | $15.65 |
| Total Current Charges | $2,138.15 |
| Previous Balance | $5,551.41 |
| *Less Payments* | *( $500.00)* |
| PAY THIS AMOUNT | $7,189.56 |

STATEMENT
LAW OFFICES

# LEITNER, WILLIAMS, DOOLEY & NAPOLITAN, PLLC

THIRD FLOOR
801 BROAD STREET
CHATTANOOGA, TENNESSEE 37402-2621

(423) 265-0214                    IRS 62-0520912

Michael Lynn                                      December 11, 2007
510 Barton Shore Court                            Page #:   1
Lebanon, TN 37087                                 Client:   007296
                                                  Matter:   000001
                                                  Invoice #:348018

RE:  Michael Lynn - Hanover Corporation , LLC
Client: Michael C. Lynn
Adv. Party: Hanover Corporation, LLC
Opened 11/08/06
SECURITY FRAUD
Responsible Attorney: Thomas J. Dement II

For Professional Services Rendered Through November 30, 2007

## Legal Services

| Date | Pers | Services | Hours | Rate | Amount |
|------|------|----------|-------|------|--------|
| 11/29/2007 | TJD | | 0.1 | $225 | $22.50 |
| 11/29/2007 | JPB | | 0.3 | $225 | $67.50 |
| 11/30/2007 | JPB | | 0.2 | $225 | $45.00 |
| | | **Totals** | **0.6** | | **$135.00** |

## Recapitulation

| Timekeeper | | Hours | Rate | Amount |
|------|------|-------|------|--------|
| JPB | J. Paul Brewer | 0.5 | $225.00 | $112.50 |
| TJD | Thomas J. Dement II | 0.1 | $225.00 | $22.50 |

## Expenses

| Date | Description | Amount |
|------|-------------|--------|
| 11/09/2007 | Photocopy charge (1 @ $0.10) | $0.10 |

## Expenses

| Date | Description | Amount |
|------|-------------|--------|
| 11/09/2007 | Postage | $0.41 |

**Total**  **$0.51**

| | |
|---|---|
| Total Services | $135.00 |
| Total Disbursements | $0.51 |
| Total Current Charges | $135.51 |
| Previous Balance | $5,415.90 |
| **PAY THIS AMOUNT** | **$5,551.41** |

STATEMENT
LAW OFFICES

# LEITNER, WILLIAMS, DOOLEY & NAPOLITAN, PLLC

THIRD FLOOR
801 BROAD STREET
CHATTANOOGA, TENNESSEE 37402-2621

(423) 265-0214                    IRS 62-0520912

Michael Lynn                                    November 07, 2007
510 Barton Shore Court                          Page #:   1
Lebanon, TN 37087                               Client:   007296
                                                Matter:   000001
                                                Invoice #:346072

RE:  Michael Lynn - Hanover Corporation , LLC
Client: Michael C. Lynn
Adv. Party: Hanover Corporation, LLC
Opened 11/08/06
SECURITY FRAUD
Responsible Attorney: Thomas J. Dement II

For Professional Services Rendered Through October 31, 2007

## Legal Services

| Date | Pers | Services | Hours | Rate | Amount |
|------|------|----------|-------|------|--------|
| 10/02/2007 | JPB | | 1.4 | $225 | $315.00 |
| 10/04/2007 | TJD | | 0.1 | $225 | $22.50 |
| 10/04/2007 | TJD | | 0.2 | $225 | $45.00 |
| 10/05/2007 | TJD | | 0.1 | $225 | $22.50 |
| 10/05/2007 | TJD | | 0.1 | $225 | $22.50 |
| 10/08/2007 | TJD | | 0.1 | $225 | $22.50 |
| 10/09/2007 | TJD | | 0.1 | $225 | $22.50 |
| 10/09/2007 | TJD | | 0.1 | $225 | $22.50 |
| **Totals** | | | **2.2** | | **$495.00** |

## Recapitulation

| Timekeeper | | Hours | Rate | Amount |
|---|---|---|---|---|
| JPB | J. Paul Brewer | 1.4 | $225.00 | $315.00 |
| TJD | Thomas J. Dement II | 0.8 | $225.00 | $180.00 |

## Expenses

| Date | Description | Amount |
|---|---|---|
| 10/04/2007 | PACER SERVICE CENTER- Research fee- VARIOUS C/M ONLINE COURT SEARCH. 7/1/07-9/30/07 | $4.16 |
| 10/09/2007 | Photocopy charge (1 @ $0.10) | $0.10 |
| 10/09/2007 | Postage | $0.41 |
| 10/15/2007 | Photocopy charge (1 @ $0.10) | $0.10 |
| 10/15/2007 | Postage | $0.41 |
| | **Total** | **$5.18** |

| | | |
|---|---|---|
| Total Services | $495.00 | |
| Total Disbursements | $5.18 | |
| Total Current Charges | | $500.18 |
| Previous Balance | | $5,415.72 |
| *Less Payments* | | *( $500.00)* |
| PAY THIS AMOUNT | | $5,415.90 |

STATEMENT
LAW OFFICES

# LEITNER, WILLIAMS, DOOLEY & NAPOLITAN, PLLC

THIRD FLOOR
801 BROAD STREET
CHATTANOOGA, TENNESSEE 37402-2621

(423) 265-0214                           IRS 62-0520912

Michael Lynn                             October 05, 2007
510 Barton Shore Court                   Page #:   1
Lebanon, TN 37087                        Client:    007296
                                         Matter:   000001
                                         Invoice #:344702

RE:  Michael Lynn - Hanover Corporation , LLC
Client: Michael C. Lynn
Adv. Party: Hanover Corporation, LLC
Opened 11/08/06
SECURITY FRAUD
Responsible Attorney: Thomas J. Dement II

For Professional Services Rendered ThroughSeptember 30, 2007

## Legal Services

| Date | Pers | Services | Hours | Rate | Amount |
|------|------|----------|-------|------|--------|
| 09/07/2007 | TJD | | 0.1 | $225 | $22.50 |
| 09/07/2007 | TJD | | 0.1 | $225 | $22.50 |
| 09/07/2007 | TJD | | 0.2 | $225 | $45.00 |
| 09/07/2007 | TJD | | 0.1 | $225 | $22.50 |
| 09/07/2007 | TJD | | 0.1 | $225 | $22.50 |
| 09/07/2007 | TJD | | 0.1 | $225 | $22.50 |
| 09/07/2007 | JPB | | 0.2 | $225 | $45.00 |
| 09/10/2007 | TJD | | 0.1 | $225 | $22.50 |
| **Totals** | | | **1.0** | | **$225.00** |

## Recapitulation

| Timekeeper | | Hours | Rate | Amount |
|---|---|---|---|---|
| JPB | J. Paul Brewer | 0.2 | $225.00 | $45.00 |
| TJD | Thomas J. Dement II | 0.8 | $225.00 | $180.00 |

## Expenses

| Date | Description | Amount |
|---|---|---|
| 09/10/2007 | Photocopy charge (1 @ $0.10) | $0.10 |
| 09/10/2007 | Postage | $0.41 |
| | **Total** | **$0.51** |

| | | |
|---|---|---|
| Total Services | $225.00 | |
| Total Disbursements | $0.51 | |
| Total Current Charges | | $225.51 |
| Previous Balance | | $5,190.21 |
| **PAY THIS AMOUNT** | | **$5,415.72** |

STATEMENT
LAW OFFICES

# LEITNER, WILLIAMS, DOOLEY & NAPOLITAN, PLLC

THIRD FLOOR
801 BROAD STREET
CHATTANOOGA, TENNESSEE 37402-2621

(423) 265-0214                    IRS 62-0520912

Michael Lynn                              September 11, 2007
510 Barton Shore Court                    Page #:   1
Lebanon, TN 37087                         Client:   007296
                                          Matter:   000001
                                          Invoice #:343164

RE:  Michael Lynn - Hanover Corporation , LLC
Client: Michael C. Lynn
Adv. Party: Hanover Corporation, LLC
Opened 11/08/06
SECURITY FRAUD
Responsible Attorney: Thomas J. Dement II

For Professional Services Rendered ThroughAugust 31, 2007

## Legal Services

| Date | Pers | Services | Hours | Rate | Amount |
|------|------|----------|-------|------|--------|
| 08/01/2007 | TJD | | 0.1 | $225 | $22.50 |
| 08/01/2007 | TJD | | 0.2 | $225 | $45.00 |
| 08/01/2007 | JPB | | 0.3 | $225 | $67.50 |
| 08/01/2007 | JPB | | 0.2 | $225 | $45.00 |
| 08/01/2007 | JPB | | 0.1 | $225 | $22.50 |
| 08/02/2007 | TJD | | 0.1 | $225 | $22.50 |
| 08/02/2007 | TJD | | 0.1 | $225 | $22.50 |
| 08/02/2007 | TJD | | 0.1 | $225 | $22.50 |
| 08/02/2007 | TJD | | 0.1 | $225 | $22.50 |

## Legal Services

| Date | Pers | Services | Hours | Rate | Amount |
|------|------|----------|-------|------|--------|
| 08/02/2007 | TJD | | 0.1 | $225 | $22.50 |
| 08/02/2007 | JPB | | 0.2 | $225 | $45.00 |
| 08/02/2007 | JPB | | 0.2 | $225 | $45.00 |
| 08/02/2007 | JPB | | 0.1 | $225 | $22.50 |
| 08/02/2007 | JPB | | 0.2 | $225 | $45.00 |
| 08/03/2007 | TJD | | 0.1 | $225 | $22.50 |
| 08/03/2007 | TJD | | 0.1 | $225 | $22.50 |
| 08/07/2007 | TI | | 1.8 | $100 | $180.00 |
| 08/13/2007 | TJD | | 0.1 | $225 | $22.50 |
| 08/13/2007 | JPB | | 0.3 | $225 | $67.50 |
| 08/13/2007 | JPB | | 0.2 | $225 | $45.00 |
| **Totals** | | | **4.7** | | **$832.50** |

## Recapitulation

| Timekeeper | | Hours | Rate | Amount |
|------------|--|-------|------|--------|
| TI | Tiffany Hampton | 1.8 | $100.00 | $180.00 |
| JPB | J. Paul Brewer | 1.8 | $225.00 | $405.00 |
| TJD | Thomas J. Dement II | 1.1 | $225.00 | $247.50 |

## Expenses

| Date | Description | Amount |
|------|-------------|--------|
| 08/03/2007 | Photocopy charge (1 @ $0.10) | $0.10 |
| 08/03/2007 | Photocopy charge (4 @ $0.10) | $0.40 |
| 08/03/2007 | Postage | $0.82 |
| 08/15/2007 | Postage | $0.41 |
| | **Total** | **$1.73** |

| | | |
|---|---|---|
| Total Services | $832.50 | |
| Total Disbursements | $1.73 | |
| Total Current Charges | | $834.23 |
| Previous Balance | | $5,355.98 |
| *Less Payments* | | *($1,000.00)* |
| **PAY THIS AMOUNT** | | **$5,190.21** |

STATEMENT
LAW OFFICES

# LEITNER, WILLIAMS, DOOLEY & NAPOLITAN, PLLC

THIRD FLOOR
801 BROAD STREET
CHATTANOOGA, TENNESSEE 37402-2621

(423) 265-0214                     IRS 62-0520912

Michael Lynn                                    August 09, 2007
510 Barton Shore Court                          Page #:   1
Lebanon, TN 37087                               Client:   007296
                                                Matter:   000001
                                                Invoice #:341568

RE:  Michael Lynn - Hanover Corporation , LLC
Client: Michael C. Lynn
Adv. Party: Hanover Corporation, LLC
Opened 11/08/06
SECURITY FRAUD
Responsible Attorney: Thomas J. Dement II

For Professional Services Rendered Through July 31, 2007

## Legal Services

| Date | Pers | Services | Hours | Rate | Amount |
|------|------|----------|-------|------|--------|
| 07/10/2007 | TJD | | 0.1 | $225 | $22.50 |
| 07/11/2007 | TJD | | 0.1 | $225 | $22.50 |
| 07/26/2007 | TJD | | 0.1 | $225 | $22.50 |
| 07/26/2007 | JPB | | 0.2 | $225 | $45.00 |
| 07/26/2007 | JPB | | 0.2 | $225 | $45.00 |
| 07/26/2007 | TI | | 0.2 | $100 | $20.00 |
| 07/26/2007 | TI | | 0.2 | $100 | $20.00 |
| 07/30/2007 | TJD | | 0.1 | $225 | $22.50 |

## Legal Services

| Date | Pers | Services | Hours | Rate | Amount |
|------|------|----------|-------|------|--------|
| 07/31/2007 | TJD | | 0.1 | $225 | $22.50 |
| | | | **1.3** | | **$242.50** |

## Recapitulation

| Timekeeper | | Hours | Rate | Amount |
|------------|--|-------|------|--------|
| TI | Tiffany Hampton | 0.4 | $100.00 | $40.00 |
| JPB | J. Paul Brewer | 0.4 | $225.00 | $90.00 |
| TJD | Thomas J. Dement II | 0.5 | $225.00 | $112.50 |

## Expenses

| Date | Description | Amount |
|------|-------------|--------|
| 07/16/2007 | Photocopy charge (1 @ $0.10) | $0.10 |
| 07/16/2007 | Postage | $0.58 |
| 07/23/2007 | PACER SERVICE CENTER- Research fee- VARIOUS CLIENT MATTER ONLINE DOCKET SEARCH   4/1/07-6/30/07 | $22.88 |
| 07/23/2007 | PACER SERVICE CENTER- Research fee- VARIOUS CLIENT MATTER ONLINE DOCKET SEARCH   4/1/07-6/30/07 | $2.96 |
| | **Total** | **$26.52** |

| | | |
|---|---|---|
| Total Services | $242.50 | |
| Total Disbursements | $26.52 | |
| Total Current Charges | | $269.02 |
| Previous Balance | | $6,586.96 |
| *Less Payments* | | *($1,500.00)* |
| **PAY THIS AMOUNT** | | **$5,355.98** |

STATEMENT
LAW OFFICES

# LEITNER, WILLIAMS, DOOLEY & NAPOLITAN, PLLC

THIRD FLOOR
801 BROAD STREET
CHATTANOOGA, TENNESSEE 37402-2621

(423) 265-0214                                    IRS 62-0520912

Michael Lynn                                      July 13, 2007
510 Barton Shore Court                            Page #:   1
Lebanon, TN 37087                                 Client:   007296
                                                  Matter:   000001
                                                  Invoice #:340198

RE:  Michael Lynn - Hanover Corporation , LLC
Client: Michael C. Lynn
Adv. Party: Hanover Corporation, LLC
Opened 11/08/06
SECURITY FRAUD
Responsible Attorney: Thomas J. Dement II

For Professional Services Rendered Through June 30, 2007

## Legal Services

| Date | Pers | Services | Hours | Rate | Amount |
|------|------|----------|-------|------|--------|
| 06/01/2007 | TJD | | 0.3 | $225 | $67.50 |
| 06/01/2007 | TJD | | 0.1 | $225 | $22.50 |
| 06/01/2007 | JPB | | 0.7 | $225 | $157.50 |
| 06/01/2007 | JPB | | 0.3 | $225 | $67.50 |
| 06/06/2007 | JPB | | 0.2 | $225 | $45.00 |
| 06/08/2007 | JPB | | 0.2 | $225 | $45.00 |
| 06/08/2007 | JPB | | 0.2 | $225 | $45.00 |
| 06/08/2007 | JPB | | 1.2 | $225 | $270.00 |
| 06/11/2007 | TJD | | 0.3 | $225 | $67.50 |

## Legal Services

| Date | Pers | Services | Hours | Rate | Amount |
|------|------|----------|-------|------|--------|
| 06/11/2007 | TJD | | 0.1 | $225 | $22.50 |
| 06/11/2007 | JPB | | 0.6 | $225 | $135.00 |
| 06/11/2007 | JPB | | 0.4 | $225 | $90.00 |
| 06/11/2007 | TI | | 0.7 | $100 | $70.00 |
| 06/12/2007 | JPB | | 1.1 | $225 | $247.50 |
| 06/12/2007 | JPB | | 0.4 | $225 | $90.00 |
| 06/12/2007 | JPB | | 0.6 | $225 | $135.00 |
| 06/13/2007 | TJD | | 0.1 | $225 | $22.50 |
| 06/13/2007 | SAN1 | | 0.5 | $75. | $37.50 |
| 06/13/2007 | SAN1 | | 2.7 | $75. | $202.50 |
| 06/14/2007 | TJD | | 0.1 | $225 | $22.50 |
| 06/14/2007 | TJD | | 0.2 | $225 | $45.00 |
| 06/18/2007 | TJD | | 0.1 | $225 | $22.50 |
| 06/18/2007 | TJD | | 0.2 | $225 | $45.00 |
| 06/18/2007 | TJD | | 0.1 | $225 | $22.50 |
| 06/18/2007 | JPB | | 0.3 | $225 | $67.50 |

## Legal Services

| Date | Pers | Services | Hours | Rate | Amount |
|------|------|----------|-------|------|--------|
| 06/20/2007 | JPB | | 0.4 | $225 | $90.00 |
| 06/20/2007 | JPB | | 0.1 | $225 | $22.50 |
| 06/21/2007 | JPB | | 0.2 | $225 | $45.00 |
| | | **Totals** | 12.4 | | **$2,222.50** |

## Recapitulation

| Timekeeper | | Hours | Rate | Amount |
|------------|--|-------|------|--------|
| TI | Tiffany Hampton | 0.7 | $100.00 | $70.00 |
| JPB | J. Paul Brewer | 6.9 | $225.00 | $1,552.50 |
| TJD | Thomas J. Dement II | 1.6 | $225.00 | $360.00 |
| SAN1 | James Friauf | 3.2 | $75.00 | $240.00 |

## Expenses

| Date | Description | Amount |
|------|-------------|--------|
| 06/07/2007 | Postage | $0.41 |
| 06/08/2007 | TENNESSEE SECRETARY OF STATE- Certified copies- LYNN / HANOVER CORP., LLC - STATUTORY PROCESSING FEE FOR CERT. BUS. RECS. OF HANOVER CORP., LLC FROM TN | $20.00 |
| 06/12/2007 | Photocopy charge (1 @ $0.10) | $0.10 |
| 06/12/2007 | Postage | $0.97 |
| 06/12/2007 | Postage | $0.82 |
| 06/13/2007 | Lexis charge | $21.80 |
| 06/18/2007 | Photocopy charge (8 @ $0.10) | $0.80 |
| 06/18/2007 | Postage | $0.58 |
| | **Total** | **$45.48** |

| | | |
|---|---|---|
| Total Services | $2,222.50 | |
| Total Disbursements | $45.48 | |
| Total Current Charges | | $2,267.98 |
| Previous Balance | | $4,318.98 |
| PAY THIS AMOUNT | | $6,586.96 |

# LEITNER, WILLIAMS, DOOLEY & NAPOLITAN, PLLC

THIRD FLOOR
801 BROAD STREET
CHATTANOOGA, TENNESSEE 37402-2621

(423) 265-0214

IRS 62-0520912

Michael Lynn
510 Barton Shore Court
Lebanon, TN 37087

June 11, 2007
Page #:   1
Client:    007296
Matter:   000001
Invoice #:338315

RE:  Michael Lynn - Hanover Corporation , LLC
Client: Michael C. Lynn
Adv. Party: Hanover Corporation, LLC
Opened 11/08/06
SECURITY FRAUD
Responsible Attorney: Thomas J. Dement II

For Professional Services Rendered ThroughMay 31, 2007

## Legal Services

| Date | Pers | Services | Hours | Rate | Amount |
|------|------|----------|-------|------|--------|
| 05/01/2007 | JPB | | 0.1 | $225 | $22.50 |
| 05/01/2007 | JPB | | 0.6 | $225 | $135.00 |
| 05/01/2007 | JPB | | 0.2 | $225 | $45.00 |
| 05/01/2007 | JPB | | 0.1 | $225 | $22.50 |
| 05/02/2007 | TJD | | 0.1 | $225 | $22.50 |
| 05/02/2007 | TJD | | 0.1 | $225 | $22.50 |
| 05/02/2007 | JPB | | 0.9 | $225 | $202.50 |

## Legal Services

| Date | Pers | Services | Hours | Rate | Amount |
|------|------|----------|-------|------|--------|
| 05/02/2007 | JPB | | 0.3 | $225 | $67.50 |
| 05/02/2007 | JPB | | 0.1 | $225 | $22.50 |
| 05/02/2007 | JPB | | 0.4 | $225 | $90.00 |
| 05/02/2007 | TI | | 0.2 | $100 | $20.00 |
| 05/03/2007 | TJD | | 0.2 | $225 | $45.00 |
| 05/03/2007 | JPB | | 0.2 | $225 | $45.00 |
| 05/03/2007 | JPB | | 0.4 | $225 | $90.00 |
| 05/04/2007 | TJD | | 0.1 | $225 | $22.50 |
| 05/04/2007 | JPB | | 0.2 | $225 | $45.00 |
| 05/08/2007 | TJD | | 0.1 | $225 | $22.50 |
| 05/08/2007 | TJD | | 0.1 | $225 | $22.50 |
| 05/08/2007 | TI | | 0.2 | $100 | $20.00 |
| 05/08/2007 | TI | | 0.2 | $100 | $20.00 |
| 05/09/2007 | TJD | | 0.1 | $225 | $22.50 |
| 05/09/2007 | JPB | | 0.8 | $225 | $180.00 |
| 05/09/2007 | JPB | | 0.6 | $225 | $135.00 |
| 05/09/2007 | JPB | | 0.4 | $225 | $90.00 |
| 05/09/2007 | JPB | | 0.6 | $225 | $135.00 |

## Legal Services

| Date | Pers | Services | Hours | Rate | Amount |
|------|------|----------|-------|------|--------|
| 05/10/2007 | TJD | | 0.2 | $225 | $45.00 |
| 05/10/2007 | TJD | | 0.1 | $225 | $22.50 |
| 05/10/2007 | JPB | | 0.3 | $225 | $67.50 |
| 05/10/2007 | TI | | 0.3 | $100 | $30.00 |
| 05/10/2007 | TI | | 0.3 | $100 | $30.00 |
| 05/10/2007 | TI | | 0.3 | $100 | $30.00 |
| 05/11/2007 | TJD | | 0.1 | $225 | $22.50 |
| 05/11/2007 | JPB | | 0.5 | $225 | $112.50 |
| 05/11/2007 | TI | | 0.3 | $100 | $30.00 |
| 05/14/2007 | TJD | | 0.2 | $225 | $45.00 |
| 05/14/2007 | TJD | | 0.2 | $225 | $45.00 |
| 05/14/2007 | TJD | | 0.1 | $225 | $22.50 |
| 05/14/2007 | JPB | | 0.3 | $225 | $67.50 |
| 05/14/2007 | JPB | | 0.6 | $225 | $135.00 |
| 05/14/2007 | JPB | | 0.2 | $225 | $45.00 |
| 05/15/2007 | TJD | | 0.1 | $225 | $22.50 |

## Legal Services

| Date | Pers | Services | Hours | Rate | Amount |
|------|------|----------|-------|------|--------|
| 05/15/2007 | JPB | | 0.1 | $225 | $22.50 |
| 05/15/2007 | TI | | 0.2 | $100 | $20.00 |
| 05/15/2007 | TI | | 0.2 | $100 | $20.00 |
| 05/16/2007 | TJD | | 0.1 | $225 | $22.50 |
| 05/16/2007 | JPB | | 0.1 | $225 | $22.50 |
| 05/16/2007 | JPB | | 0.3 | $225 | $67.50 |
| 05/17/2007 | TI | | 0.2 | $100 | $20.00 |
| 05/18/2007 | TJD | | 0.1 | $225 | $22.50 |
| 05/21/2007 | TJD | | 0.1 | $225 | $22.50 |
| 05/21/2007 | JPB | | 0.5 | $225 | $112.50 |
| 05/21/2007 | TI | | 0.2 | $100 | $20.00 |
| 05/21/2007 | TI | | 0.2 | $100 | $20.00 |
| 05/22/2007 | TJD | | 0.1 | $225 | $22.50 |
| 05/22/2007 | SAN1 | | 0.1 | $75. | $7.50 |
| 05/23/2007 | TJD | | 0.2 | $225 | $45.00 |

## Legal Services

| Date | Pers | Services | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 05/23/2007 | TJD | | 0.1 | $225 | $22.50 |
| 05/23/2007 | TJD | | 0.1 | $225 | $22.50 |
| 05/23/2007 | TJD | | 0.1 | $225 | $22.50 |
| 05/23/2007 | TJD | | 0.1 | $225 | $22.50 |
| 05/23/2007 | JPB | | 0.4 | $225 | $90.00 |
| 05/23/2007 | JPB | | 1.2 | $225 | $270.00 |
| 05/23/2007 | JPB | | 0.2 | $225 | $45.00 |
| 05/23/2007 | JPB | | 0.2 | $225 | $45.00 |
| 05/23/2007 | TI | | 0.2 | $100 | $20.00 |
| 05/23/2007 | TI | | 1.1 | $100 | $110.00 |
| 05/23/2007 | TI | | 0.3 | $100 | $30.00 |
| 05/24/2007 | TJD | | 0.1 | $225 | $22.50 |
| 05/24/2007 | TJD | | 0.1 | $225 | $22.50 |
| 05/24/2007 | JPB | | 0.2 | $225 | $45.00 |
| 05/24/2007 | JPB | | 0.4 | $225 | $90.00 |
| 05/25/2007 | TJD | | 0.2 | $225 | $45.00 |

## Legal Services

| Date | Pers | Services | Hours | Rate | Amount |
|------|------|----------|-------|------|--------|
| 05/25/2007 | JPB | | 0.4 | $225 | $90.00 |
| 05/25/2007 | JPB | | 0.2 | $225 | $45.00 |
| 05/25/2007 | JPB | | 0.1 | $225 | $22.50 |
| 05/25/2007 | JPB | | 0.1 | $225 | $22.50 |
| 05/29/2007 | TJD | | 0.2 | $225 | $45.00 |
| 05/29/2007 | JPB | | 0.2 | $225 | $45.00 |
| 05/29/2007 | JPB | | 0.3 | $225 | $67.50 |
| 05/29/2007 | JPB | | 0.4 | $225 | $90.00 |
| 05/29/2007 | JPB | | 0.4 | $225 | $90.00 |
| 05/31/2007 | JPB | | 0.3 | $225 | $67.50 |
| **Totals** | | | **21.7** | | **$4,317.50** |

## Recapitulation

| Timekeeper | | Hours | Rate | Amount |
|------------|--|-------|------|--------|
| TI | Tiffany Hampton | 4.4 | $100.00 | $440.00 |
| JPB | J. Paul Brewer | 13.8 | $225.00 | $3,105.00 |
| TJD | Thomas J. Dement II | 3.4 | $225.00 | $765.00 |
| SAN1 | James Friauf | 0.1 | $75.00 | $7.50 |

## Expenses

| Date | Description | Amount |
|------|-------------|--------|
| 05/14/2007 | Photocopy charge (1 @ $0.10) | $0.10 |
| 05/15/2007 | Photocopy charge (8 @ $0.10) | $0.80 |
| 05/15/2007 | Postage | $0.58 |

| | | |
|------|-------------|--------|
| **Total** | **$1.48** | |

| | | |
|------|------|------|
| Total Services | $4,317.50 | |
| Total Disbursements | $1.48 | |
| Total Current Charges | | $4,318.98 |
| Previous Balance | | $1,863.16 |
| *Less Payments* | | *($1,863.16)* |
| **PAY THIS AMOUNT** | | **$4,318.98** |

# LEITNER, WILLIAMS, DOOLEY & NAPOLITAN, PLLC

THIRD FLOOR
801 BROAD STREET
CHATTANOOGA, TENNESSEE 37402-2621

(423) 265-0214                               IRS 62-0520912

Michael Lynn                                 May 09, 2007
510 Barton Shore Court                       Page #:   1
Lebanon, TN 37087                            Client:   007296
                                             Matter:   000001
                                             Invoice #:336640

RE:  Michael Lynn - Hanover Corporation , LLC
Client: Michael C. Lynn
Adv. Party: Hanover Corporation, LLC
Opened 11/08/06
SECURITY FRAUD
Responsible Attorney: Thomas J. Dement II

For Professional Services Rendered Through April 30, 2007

## Legal Services

| Date | Pers | Services | Hours | Rate | Amount |
|------|------|----------|-------|------|--------|
| 04/24/2007 | TJD | | 0.1 | $225 | $22.50 |
| 04/24/2007 | TJD | | 0.1 | $225 | $22.50 |
| 04/24/2007 | JPB | | 0.3 | $225 | $67.50 |
| 04/24/2007 | JPB | | 0.3 | $225 | $67.50 |
| 04/24/2007 | JPB | | 0.3 | $225 | $67.50 |
| 04/24/2007 | TI | | 0.5 | $100 | $50.00 |
| 04/25/2007 | TJD | | 1.8 | $225 | $405.00 |
| 04/25/2007 | TJD | | 0.3 | $225 | $67.50 |
| 04/25/2007 | TJD | | 0.1 | $225 | $22.50 |
| 04/25/2007 | JPB | | 0.2 | $225 | $45.00 |

## Legal Services

| Date | Pers | Services | Hours | Rate | Amount |
|------|------|----------|-------|------|--------|
| 04/25/2007 | JPB | | 0.2 | $225 | $45.00 |
| 04/25/2007 | JPB | | 0.2 | $225 | $45.00 |
| 04/25/2007 | JPB | | 0.2 | $225 | $45.00 |
| 04/25/2007 | JPB | | 0.3 | $225 | $67.50 |
| 04/25/2007 | JPB | | 0.9 | $225 | $202.50 |
| 04/27/2007 | TJD | | 0.2 | $225 | $45.00 |
| 04/27/2007 | TJD | | 0.2 | $225 | $45.00 |
| 04/27/2007 | TJD | | 0.2 | $225 | $45.00 |
| 04/27/2007 | TJD | | 0.1 | $225 | $22.50 |
| 04/27/2007 | TJD | | 0.1 | $225 | $22.50 |
| 04/28/2007 | JPB | | 0.8 | $225 | $180.00 |
| 04/28/2007 | JPB | | 0.6 | $225 | $135.00 |
| | | **Totals** | **8.0** | | **$1,737.50** |

## Recapitulation

| Timekeeper | | Hours | Rate | Amount |
|------------|--|-------|------|--------|
| TI | Tiffany Hampton | 0.5 | $100.00 | $50.00 |
| JPB | J. Paul Brewer | 4.3 | $225.00 | $967.50 |

| TJD | Thomas J. Dement II | | 3.2 | $225.00 | $720.00 |
| --- | --- | --- | --- | --- | --- |

## Expenses

| Date | Description | Amount |
| --- | --- | --- |
| 02/16/2007 | Photocopy charge (1 @ $0.10) | $0.10 |
| 02/16/2007 | Photocopy charge (1 @ $0.10) | $0.10 |
| 04/05/2007 | PACER SERVICE CENTER- Research fee-<br>VARIOUS CLIENT MATTER ONLINE DOCKET<br>SEARCH  1/2/07-3/31/07 | $2.56 |
| 04/25/2007 | Lexis charge | $6.98 |
| 04/28/2007 | Lexis charge | $2.69 |
| | **Total** | **$12.43** |

| Total Services | $1,737.50 | |
| --- | --- | --- |
| Total Disbursements | $12.43 | |
| Total Current Charges | | $1,749.93 |
| Previous Balance | | $113.23 |
| **PAY THIS AMOUNT** | | **$1,863.16** |

STATEMENT
LAW OFFICES

# LEITNER, WILLIAMS, DOOLEY & NAPOLITAN, PLLC

THIRD FLOOR
801 BROAD STREET
CHATTANOOGA, TENNESSEE 37402-2621

(423) 265-0214                    IRS 62-0520912

Michael Lynn                                    February 13, 2007
510 Barton Shore Court                          Page #:   1
Lebanon, TN 37087                               Client:    007296
                                                Matter:    000001
                                                Invoice #:332086

RE:  Michael Lynn - Hanover Corporation , LLC
Client: Michael Lynn
Adv. Party: Hanover Corporation, LLC
Opened 11/08/06
SECURITY FRAUD
Responsible Attorney: Thomas J. Dement II

For Professional Services Rendered Through January 31, 2007

## Legal Services

| Date | Pers | Services | Hours | Rate | Amount |
|------|------|----------|-------|------|--------|
| 01/05/2007 | JPB | | 0.5 | $225 | $112.50 |
| | | Totals | 0.5 | | $112.50 |

## Recapitulation

| Timekeeper | | Hours | Rate | Amount |
|------------|---|-------|------|--------|
| JPB | J. Paul Brewer | 0.5 | $225.00 | $112.50 |

## Expenses

| Date | Description | Amount |
|------|-------------|--------|
| 12/18/2006 | Photocopy charge (1 @ $0.10) | $0.10 |
| 12/18/2006 | Postage | $0.63 |
| | Total | $0.73 |

| | | |
|---|---|---|
| Total Services | $112.50 | |
| Total Disbursements | $0.73 | |
| Total Current Charges | | $113.23 |
| Previous Balance | | $1,457.50 |
| *Less Payments* | | *($1,457.50)* |
| **PAY THIS AMOUNT** | | **$113.23** |

# LEITNER, WILLIAMS, DOOLEY & NAPOLITAN, PLLC

THIRD FLOOR 801 BROAD STREET

CHATTANOOGA, TENNESSEE 37402-2621

(423) 265-0214                    IRS 62-0520912

Michael Lynn                                  December 14, 2006
510 Barton Shore Court                        Page #:   1
Lebanon, TN 37087                             Client:    007296
                                              Matter:   000001
                                              Invoice #:329246

RE:  Michael Lynn - Hanover Corporation , LLC
Client: Michael Lynn
Adv. Party: Hanover Corporation, LLC
Opened 11/08/06
SECURITY FRAUD

For Professional Services Rendered Through November 30, 2006

## Legal Services

| Date | Pers | Services | Hours | Amount |
|------|------|----------|-------|--------|
| 11/03/2006 | TJD | | 0.1 | $22.50 |
| 11/03/2006 | JPB | | 0.2 | $45.00 |
| 11/03/2006 | JPB | | 0.2 | $45.00 |
| 11/03/2006 | JPB | | 0.5 | $112.50 |
| 11/04/2006 | JPB | | 0.5 | $112.50 |
| 11/06/2006 | TJD | | 0.2 | $45.00 |
| 11/06/2006 | TJD | | 1.1 | $247.50 |
| 11/06/2006 | JPB | | 0.9 | $202.50 |
| 11/06/2006 | JPB | | 1.1 | $247.50 |
| 11/06/2006 | JPB | | 0.4 | $90.00 |

## Legal Services

| Date | Pers | Services | Hours | Amount |
|------|------|----------|-------|--------|
| 11/06/2006 | JPB | | 0.1 | $22.50 |
| 11/06/2006 | TI | | 0.4 | $40.00 |
| 11/08/2006 | JPB | | 0.4 | $90.00 |
| 11/21/2006 | JPB | | 0.2 | $45.00 |
| 11/27/2006 | JPB | | 0.2 | $45.00 |
| 11/28/2006 | JPB | | 0.1 | $22.50 |
| 11/28/2006 | JPB | | 0.1 | $22.50 |
| | | **Totals** | **6.7** | **$1,457.50** |

## Recapitulation

| Timekeeper | | Hours | Rate | Amount |
|------------|--|-------|------|--------|
| TI | Tiffany Hampton | 0.4 | $100.00 | $40.00 |
| JPB | J. Paul Brewer | 4.9 | $225.00 | $1,102.50 |
| TJD | Thomas J. Dement II | 1.4 | $225.00 | $315.00 |

| | |
|---|---|
| Retainer balance on Account | $0.00 |
| Trust balance | $0.00 |

| | |
|---|---|
| Total Services | $1,457.50 |
| Total Current Charges | $1,457.50 |
| PAY THIS AMOUNT | $1,457.50 |