# BONE MCALLESTER NORTON PLLC

511 Union Street, Suite 1600
Nashville City Center
Nashville, TN 37219
Tax ID #80-0017370
(615) 238-6300    Fax (615) 238-6301

May 03, 2007

Mr. George A. Thorpe
131 Clearview Circle
Hendersonville, TN  37075

| | |
|---|---|
| Billing Attorney: | Keith C. Dennen |
| Invoice No: | 20828 |
| File No: | 002315    070435 |
| Billing through: | 04/30/2007 |

In Reference To:
DeMoss

| | |
|---|---|
| TOTAL DUE THIS INVOICE | $123.38 |
| TOTAL BALANCE NOW DUE | $123.38 |

# BONE MCALLESTER NORTON PLLC

511 Union Street, Suite 1600
Nashville City Center
Nashville, TN 37219
Tax ID #80-0017370
(615) 238-6300     Fax (615) 238-6301

May 03, 2007

Mr. George A. Thorpe
131 Clearview Circle
Hendersonville, TN 37075

| | |
|---|---|
| Billing Attorney: | Keith C. Dennen |
| Invoice No: | 20828 |
| File No: | 002315   070435 |
| Billing through: | 04/30/2007 |

In Reference To:
DeMoss

## FOR PROFESSIONAL SERVICES RENDERED

| | | | **Hours** | **Amount** |
|---|---|---|---|---|
| 04/25/2007 | SHM | | 0.50 hrs | 117.50 |

**Timekeeper Summary**

| **Name** | | **Hours** | **Rate** | **Amount** |
|---|---|---|---|---|
| SHM | Susan R. High-McAuley | 0.50 | 235.00 | 117.50 |
| **Total fees for this matter** | | 0.50 hrs | | $117.50 |

## BILLING SUMMARY

| | |
|---|---|
| TOTAL FEES | $117.50 |
| ADMINISTRATIVE EXPENSES (FedEx, postage, long distance telephone, copies, faxes, mileage, WestLaw research, etc.) | $5.88 |
| TOTAL CHARGES THIS INVOICE | $123.38 |
| TOTAL CURRENT CHARGES | $123.38 |
| TOTAL BALANCE NOW DUE | $123.38 |

# BONE MCALLESTER NORTON PLLC

511 Union Street, Suite 1600
Nashville City Center
Nashville, TN 37219
Tax ID #80-0017370
(615) 238-6300     Fax (615) 238-6301

June 05, 2007

Mr. George A. Thorpe
131 Clearview Circle
Hendersonville, TN  37075

Billing Attorney:  Keith C. Dennen
Invoice No:         21248
File No:              002315     070435
Billing through:    05/31/2007

In Reference To:
DeMoss

| | |
|---|---:|
| TOTAL DUE THIS INVOICE | $1,861.65 |
| PREVIOUS BALANCE | $123.38 |
| LESS PA██████LIED | ($123.38) |
| TOTAL BALANCE NOW DUE | $1,861.65 |

Please remit this copy with your payment

# BONE MCALLESTER NORTON PLLC

511 Union Street, Suite 1600
Nashville City Center
Nashville, TN 37219
Tax ID #80-0017370
(615) 238-6300    Fax (615) 238-6301

June 05, 2007

Mr. George A. Thorpe
131 Clearview Circle
Hendersonville, TN 37075

| | |
|---|---|
| Billing Attorney: | Keith C. Dennen |
| Invoice No: | 21248 |
| File No: | 002315   070435 |
| Billing through: | 05/31/2007 |

In Reference To:
DeMoss

## FOR PROFESSIONAL SERVICES RENDERED

| Date | | | **Hours** | **Amount** |
|---|---|---|---|---|
| 05/08/2007 | SHM | | 1.20 hrs | 282.00 |
| 05/11/2007 | SHM | | 0.20 hrs | 47.00 |
| 05/14/2007 | SHM | | 1.80 hrs | 423.00 |
| 05/16/2007 | SHM | | 0.40 hrs | 94.00 |
| 05/17/2007 | KCD | | 0.50 hrs | 175.00 |
| 05/18/2007 | SHM | | 1.00 hrs | 235.00 |
| 05/24/2007 | SHM | | 1.20 hrs | 282.00 |
| 05/30/2007 | SHM | | 0.80 hrs | 188.00 |
| 05/31/2007 | SHM | | 0.20 hrs | 47.00 |

### Timekeeper Summary

| **Name** | | **Hours** | **Rate** | **Amount** |
|---|---|---|---|---|
| SHM | Susan R. High-McAuley | 6.80 | 235.00 | 1,598.00 |
| KCD | Keith C. Dennen | 0.50 | 350.00 | 175.00 |
| | **Total fees for this matter** | **7.30 hrs** | | **$1,773.00** |

## BILLING SUMMARY

| | |
|---|---|
| TOTAL FEES | $1,773.00 |

| | |
|---|---:|
| ADMINISTRATIVE EXPENSES (FedEx, postage, long distance telephone, copies, faxes, mileage, WestLaw research, etc.) | $88.65 |
| TOTAL CHARGES THIS INVOICE | $1,861.65 |
| TOTAL CURRENT CHARGES | $1,861.65 |
| PREVIOUS BALANCE | $123.38 |
| LESS PAYMENTS APPLIED | ($123.38) |
| TOTAL BALANCE NOW DUE | $1,861.65 |

# BONE MCALLESTER NORTON PLLC

511 Union Street, Suite 1600
Nashville City Center
Nashville, TN 37219
Tax ID #80-0017370
(615) 238-6300    Fax (615) 238-6301

July 05, 2007

Mr. George A. Thorpe
131 Clearview Circle
Hendersonville, TN 37075

Billing Attorney:  Keith C. Dennen
Invoice No:        21731
File No:           002315    070435
Billing through:   06/30/2007

In Reference To:
DeMoss

| | |
|---|---|
| TOTAL DUE THIS INVOICE | $394.80 |
| PREVIOUS BALANCE | $1,861.65 |
| TOTAL BALANCE NOW DUE | $2,256.45 |

Please remit this copy with your payment

# BONE MCALLESTER NORTON PLLC

511 Union Street, Suite 1600
Nashville City Center
Nashville, TN 37219
Tax ID #80-0017370
(615) 238-6300    Fax (615) 238-6301

July 05, 2007

Mr. George A. Thorpe
131 Clearview Circle
Hendersonville, TN  37075

Billing Attorney:   Keith C. Dennen
Invoice No:         21731
File No:            002315   070435
Billing through:    06/30/2007

In Reference To:
DeMoss

## FOR PROFESSIONAL SERVICES RENDERED

|            |     |        | Hours     | Amount |
|------------|-----|--------|-----------|--------|
| 06/13/2007 | SHM | ▓▓▓▓▓▓ | 0.30 hrs  | 70.50  |
| 06/15/2007 | SHM | ▓▓▓▓▓▓ | 1.00 hrs  | 235.00 |
| 06/22/2007 | SHM | ▓▓▓▓▓▓ | 0.30 hrs  | 70.50  |

### Timekeeper Summary

| Name |                      | Hours | Rate   | Amount   |
|------|----------------------|-------|--------|----------|
| SHM  | Susan R. High-McAuley | 1.60  | 235.00 | 376.00   |
| **Total fees for this matter** | | 1.60  hrs | | $376.00 |

## BILLING SUMMARY

| | |
|---|---|
| TOTAL FEES | $376.00 |
| ADMINISTRATIVE EXPENSES (FedEx, postage, long distance telephone, copies, faxes, mileage, WestLaw research, etc.) | $18.80 |
| TOTAL CHARGES THIS INVOICE | $394.80 |
| TOTAL CURRENT CHARGES | $394.80 |
| PREVIOUS BALANCE | $1,861.65 |
| TOTAL BALANCE NOW DUE | $2,256.45 |

# BONE MCALLESTER NORTON PLLC

511 Union Street, Suite 1600
Nashville City Center
Nashville, TN 37219
Tax ID #80-0017370
(615) 238-6300    Fax (615) 238-6301

August 02, 2007

Mr. George A. Thorpe
131 Clearview Circle
Hendersonville, TN 37075

| | |
|---|---|
| Billing Attorney: | Keith C. Dennen |
| Invoice No: | 22178 |
| File No: | 002315    070435 |
| Billing through: | 07/31/2007 |

In Reference To:
DeMoss

| | |
|---|---|
| TOTAL DUE THIS INVOICE | $197.40 |
| PREVIOUS BALANCE | $2,256.45 |
| TOTAL BALANCE NOW DUE | $2,453.85 |

# BONE MCALLESTER NORTON PLLC

511 Union Street, Suite 1600
Nashville City Center
Nashville, TN 37219
Tax ID #80-0017370
(615) 238-6300     Fax (615) 238-6301

August 02, 2007

Mr. George A. Thorpe
131 Clearview Circle
Hendersonville, TN 37075

| | |
|---|---|
| Billing Attorney: | Keith C. Dennen |
| Invoice No: | 22178 |
| File No: | 002315   070435 |
| Billing through: | 07/31/2007 |

In Reference To:
DeMoss

## FOR PROFESSIONAL SERVICES RENDERED

| | | | Hours | Amount |
|---|---|---|---|---|
| 07/12/2007 | SHM | | 0.20 hrs | 47.00 |
| 07/30/2007 | SHM | | 0.20 hrs | 47.00 |
| 07/31/2007 | SHM | | 0.40 hrs | 94.00 |

**Timekeeper Summary**

| Name | | Hours | Rate | Amount |
|---|---|---|---|---|
| SHM | Susan R. High-McAuley | 0.80 | 235.00 | 188.00 |
| **Total fees for this matter** | | **0.80 hrs** | | **$188.00** |

## BILLING SUMMARY

| | |
|---|---|
| TOTAL FEES | $188.00 |
| ADMINISTRATIVE EXPENSES (FedEx, postage, long distance telephone, copies, faxes, mileage, WestLaw research, etc.) | $9.40 |
| TOTAL CHARGES THIS INVOICE | $197.40 |
| TOTAL CURRENT CHARGES | $197.40 |
| PREVIOUS BALANCE | $2,256.45 |
| TOTAL BALANCE NOW DUE | $2,453.85 |

# BONE McALLESTER NORTON PLLC

511 Union Street, Suite 1600
Nashville City Center
Nashville, TN 37219
Tax ID #80-0017370
(615) 238-6300    Fax (615) 238-6301

September 07, 2007

Mr. George A. Thorpe
131 Clearview Circle
Hendersonville, TN  37075

Billing Attorney:  Keith C. Dennen
Invoice No:        22995
File No:           002315      070435
Billing through:   09/04/2007

In Reference To:
DeMoss

| | |
|---|---|
| TOTAL DUE THIS INVOICE | $1,465.80 |
| PREVIOUS BALANCE | $2,453.85 |
| TOTAL BALANCE NOW DUE | $3,919.65 |

Please remit this copy with your payment

# BONE MCALLESTER NORTON PLLC

511 Union Street, Suite 1600
Nashville City Center
Nashville, TN 37219
Tax ID #80-0017370
(615) 238-6300     Fax (615) 238-6301

September 07, 2007

Mr. George A. Thorpe
131 Clearview Circle
Hendersonville, TN  37075

| | |
|---|---|
| Billing Attorney: | Keith C. Dennen |
| Invoice No: | 22995 |
| File No: | 002315   070435 |
| Billing through: | 09/04/2007 |

In Reference To:
DeMoss

**FOR PROFESSIONAL SERVICES RENDERED**

| | | | Hours | Amount |
|---|---|---|---|---|
| 08/01/2007 | KCD | | 0.80 hrs | 280.00 |
| 08/01/2007 | KRM | | 0.30 hrs | 37.50 |
| 08/01/2007 | SHM | | 2.80 hrs | 658.00 |
| 08/02/2007 | KCD | | 1.00 hrs | 350.00 |
| 08/02/2007 | SHM | | 0.30 hrs | 70.50 |

**Timekeeper Summary**

| Name | | Hours | Rate | Amount |
|------|------|------|------|------|
| SHM | Susan R. High-McAuley | 3.10 | 235.00 | 728.50 |
| KCD | Keith C. Dennen | 1.80 | 350.00 | 630.00 |
| KRM | Kimberley R. Mankin | 0.30 | 125.00 | 37.50 |
| **Total fees for this matter** | | 5.20 hrs | | $1,396.00 |

**BILLING SUMMARY**

| | |
|------|------|
| TOTAL FEES | $1,396.00 |
| ADMINISTRATIVE EXPENSES (FedEx, postage, long distance telephone, copies, faxes, mileage, WestLaw research, etc.) | $69.80 |
| TOTAL CHARGES THIS INVOICE | $1,465.80 |
| TOTAL CURRENT CHARGES | $1,465.80 |
| PREVIOUS BALANCE | $2,453.85 |
| TOTAL BALANCE NOW DUE | $3,919.65 |

# BONE MCALLESTER NORTON PLLC

511 Union Street, Suite 1600
Nashville City Center
Nashville, TN 37219
Tax ID #80-0017370
(615) 238-6300     Fax (615) 238-6301

October 05, 2007

Mr. George A. Thorpe
131 Clearview Circle
Hendersonville, TN  37075

| | |
|---|---|
| Billing Attorney: | Keith C. Dennen |
| Invoice No: | 23442 |
| File No: | 002315     070435 |
| Billing through: | 09/30/2007 |

In Reference To:
DeMoss

| | |
|---|---|
| TOTAL DUE THIS INVOICE | $275.63 |
| PREVIOUS BALANCE | $3,919.65 |
| TOTAL BALANCE NOW DUE | $4,195.28 |

Please remit this copy with your payment

# BONE MCALLESTER NORTON PLLC

511 Union Street, Suite 1600
Nashville City Center
Nashville, TN 37219
Tax ID #80-0017370
(615) 238-6300    Fax (615) 238-6301

October 05, 2007

Mr. George A. Thorpe
131 Clearview Circle
Hendersonville, TN  37075

| | |
|---|---|
| Billing Attorney: | Keith C. Dennen |
| Invoice No: | 23442 |
| File No: | 002315   070435 |
| Billing through: | 09/30/2007 |

In Reference To:
DeMoss

## FOR PROFESSIONAL SERVICES RENDERED

| | | | Hours | Amount |
|---|---|---|---|---|
| 09/05/2007 | KCD | | 0.20 hrs | 70.00 |
| 09/07/2007 | KCD | | 0.30 hrs | 105.00 |
| 09/18/2007 | TRM | | 0.70 hrs | 87.50 |

### Timekeeper Summary

| Name | | Hours | Rate | Amount |
|---|---|---|---|---|
| KCD | Keith C. Dennen | 0.50 | 350.00 | 175.00 |
| TRM | Tonya R. Mastin | 0.70 | 125.00 | 87.50 |
| **Total fees for this matter** | | 1.20 hrs | | $262.50 |

## BILLING SUMMARY

| | |
|---|---|
| TOTAL FEES | $262.50 |
| ADMINISTRATIVE EXPENSES (FedEx, postage, long distance telephone, copies, faxes, mileage, WestLaw research, etc.) | $13.13 |
| TOTAL CHARGES THIS INVOICE | $275.63 |
| TOTAL CURRENT CHARGES | $275.63 |
| PREVIOUS BALANCE | $3,919.65 |
| TOTAL BALANCE NOW DUE | $4,195.28 |

# BONE MCALLESTER NORTON PLLC

511 Union Street, Suite 1600
Nashville City Center
Nashville, TN 37219
Tax ID #80-0017370
(615) 238-6300    Fax (615) 238-6301

November 03, 2007

Mr. George A. Thorpe
131 Clearview Circle
Hendersonville, TN 37075

Billing Attorney:  Keith C. Dennen
Invoice No:        23812
File No:           002315     070435
Billing through:   10/31/2007

In Reference To:
DeMoss

| | |
|---|---|
| TOTAL DUE THIS INVOICE | $1,102.50 |
| PREVIOUS BALANCE | $4,195.28 |
| TOTAL BALANCE NOW DUE | $5,297.78 |

# BONE MCALLESTER NORTON PLLC

511 Union Street, Suite 1600
Nashville City Center
Nashville, TN 37219
Tax ID #80-0017370
(615) 238-6300    Fax (615) 238-6301

November 03, 2007

|  |  |
|---|---|
| Billing Attorney: | Keith C. Dennen |
| Invoice No: | 23812 |
| File No: | 002315    070435 |
| Billing through: | 10/31/2007 |

Mr. George A. Thorpe
131 Clearview Circle
Hendersonville, TN  37075

In Reference To:
DeMoss

## FOR PROFESSIONAL SERVICES RENDERED

| | | | **Hours** | **Amount** |
|---|---|---|---|---|
| 10/05/2007 | KCD | ████████████ | 1.50 hrs | 525.00 |
| 10/05/2007 | KCD | ████████████ | 1.50 hrs | 525.00 |

### Timekeeper Summary

| **Name** | | **Hours** | **Rate** | **Amount** |
|---|---|---|---|---|
| KCD | Keith C. Dennen | 3.00 | 350.00 | 1,050.00 |
| **Total fees for this matter** | | 3.00 hrs | | $1,050.00 |

## BILLING SUMMARY

| | |
|---|---|
| TOTAL FEES | $1,050.00 |
| ADMINISTRATIVE EXPENSES (FedEx, postage, long distance telephone, copies, faxes, mileage, WestLaw research, etc.) | $52.50 |
| TOTAL CHARGES THIS INVOICE | $1,102.50 |
| TOTAL CURRENT CHARGES | $1,102.50 |
| PREVIOUS BALANCE | $4,195.28 |
| TOTAL BALANCE NOW DUE | $5,297.78 |

# BONE MCALLESTER NORTON PLLC

511 Union Street, Suite 1600
Nashville City Center
Nashville, TN 37219
Tax ID #80-0017370
(615) 238-6300     Fax (615) 238-6301

January 03, 2008

Mr. George A. Thorpe
131 Clearview Circle
Hendersonville, TN 37075

| | |
|---|---|
| Billing Attorney: | Keith C. Dennen |
| Invoice No: | 24717 |
| File No: | 002315     070435 |
| Billing through: | 12/31/2007 |

In Reference To:
DeMoss

| | |
|---|---|
| TOTAL DUE THIS INVOICE | $1,294.13 |
| PREVIOUS BALANCE | $5,297.78 |
| TOTAL BALANCE NOW DUE | $6,591.91 |

Please remit this copy with your payment

# BONE MCALLESTER NORTON PLLC

511 Union Street, Suite 1600
Nashville City Center
Nashville, TN 37219
Tax ID #80-0017370
(615) 238-6300    Fax (615) 238-6301

January 03, 2008

Mr. George A. Thorpe
131 Clearview Circle
Hendersonville, TN 37075

| | |
|---|---|
| Billing Attorney: | Keith C. Dennen |
| Invoice No: | 24717 |
| File No: | 002315   070435 |
| Billing through: | 12/31/2007 |

In Reference To:
DeMoss

**FOR PROFESSIONAL SERVICES RENDERED**

| | | | **Hours** | **Amount** |
|---|---|---|---|---|
| 12/06/2007 | KCD | | 0.30 hrs | 105.00 |
| 12/07/2007 | SHM | | 1.20 hrs | 282.00 |
| 12/10/2007 | KCD | | 1.50 hrs | 525.00 |
| 12/10/2007 | TRM | | 0.50 hrs | 62.50 |
| 12/10/2007 | SHM | | 0.30 hrs | 70.50 |
| 12/11/2007 | SHM | | 0.20 hrs | 47.00 |
| 12/13/2007 | SHM | | 0.30 hrs | 70.50 |
| 12/18/2007 | KCD | | 0.20 hrs | 70.00 |

**Timekeeper Summary**

| Name | | Hours | Rate | Amount |
|------|------|-------|------|--------|
| SHM | Susan R. High-McAuley | 2.00 | 235.00 | 470.00 |
| KCD | Keith C. Dennen | 2.00 | 350.00 | 700.00 |
| TRM | Tonya R. Mastin | 0.50 | 125.00 | 62.50 |
| **Total fees for this matter** | | 4.50 hrs | | $1,232.50 |

**BILLING SUMMARY**

| | |
|---|---|
| TOTAL FEES | $1,232.50 |
| ADMINISTRATIVE EXPENSES (FedEx, postage, long distance telephone, copies, faxes, mileage, WestLaw research, etc.) | $61.63 |
| TOTAL CHARGES THIS INVOICE | $1,294.13 |
| TOTAL CURRENT CHARGES | $1,294.13 |
| PREVIOUS BALANCE | $5,297.78 |
| TOTAL BALANCE NOW DUE | $6,591.91 |

# BONE MCALLESTER NORTON PLLC

511 Union Street, Suite 1600
Nashville City Center
Nashville, TN 37219
Tax ID #80-0017370
(615) 238-6300     Fax (615) 238-6301

February 04, 2008

Mr. George A. Thorpe
131 Clearview Circle
Hendersonville, TN 37075

Billing Attorney:  Keith C. Dennen
Invoice No:        25070
File No:           002315     070435
Billing through:   01/31/2008

In Reference To:
DeMoss

| | |
|---|---|
| TOTAL DUE THIS INVOICE | $2,894.85 |
| PREVIOUS BALANCE | $6,591.91 |
| TOTAL BALANCE NOW DUE | $9,486.76 |

# BONE MCALLESTER NORTON PLLC

511 Union Street, Suite 1600
Nashville City Center
Nashville, TN 37219
Tax ID #80-0017370
(615) 238-6300    Fax (615) 238-6301

February 04, 2008

|  |  |
|---|---|
| Billing Attorney: | Keith C. Dennen |
| Invoice No: | 25070 |
| File No: | 002315   070435 |
| Billing through: | 01/31/2008 |

Mr. George A. Thorpe
131 Clearview Circle
Hendersonville, TN  37075

In Reference To:
DeMoss

## FOR PROFESSIONAL SERVICES RENDERED

|  |  |  | **Hours** | **Amount** |
|---|---|---|---|---|
| 01/10/2008 | KCD | | 0.30 hrs | 108.00 |
| 01/14/2008 | KCD | | 1.50 hrs | 540.00 |
| 01/14/2008 | TRM | | 0.60 hrs | 78.00 |
| 01/15/2008 | KCD | | 0.80 hrs | 288.00 |
| 01/15/2008 | SHM | | 0.20 hrs | 48.00 |
| 01/17/2008 | SHM | | 0.70 hrs | 168.00 |
| 01/18/2008 | TRM | | 0.30 hrs | 39.00 |
| 01/18/2008 | SHM | | 0.70 hrs | 168.00 |
| 01/22/2008 | KCD | | 0.30 hrs | 108.00 |
| 01/23/2008 | KCD | | 0.30 hrs | 108.00 |
| 01/23/2008 | SHM | | 0.50 hrs | 120.00 |
| 01/25/2008 | SHM | | 0.80 hrs | 192.00 |

| | | | | |
|---|---|---|---|---|
| 01/28/2008 | SHM | | 0.50 hrs | 120.00 |
| 01/29/2008 | SHM | | 1.20 hrs | 288.00 |
| 01/31/2008 | KCD | | 0.60 hrs | 216.00 |
| 01/31/2008 | SHM | | 0.70 hrs | 168.00 |

**Timekeeper Summary**

| Name | | Hours | Rate | Amount |
|---|---|---|---|---|
| SHM | Susan R. High-McAuley | 5.30 | 240.00 | 1,272.00 |
| KCD | Keith C. Dennen | 3.80 | 360.00 | 1,368.00 |
| TRM | Tonya R. Mastin | 0.90 | 130.00 | 117.00 |
| **Total fees for this matter** | | 10.00 hrs | | $2,757.00 |

**BILLING SUMMARY**

| | |
|---|---|
| TOTAL FEES | $2,757.00 |
| ADMINISTRATIVE EXPENSES (FedEx, postage, long distance telephone, copies, faxes, mileage, WestLaw research, etc.) | $137.85 |
| TOTAL CHARGES THIS INVOICE | $2,894.85 |
| TOTAL CURRENT CHARGES | $2,894.85 |
| PREVIOUS BALANCE | $6,591.91 |
| TOTAL BALANCE NOW DUE | $9,486.76 |

# BONE MCALLESTER NORTON PLLC

511 Union Street, Suite 1600
Nashville City Center
Nashville, TN 37219
Tax ID #80-0017370
(615) 238-6300    Fax (615) 238-6301

March 05, 2008

Mr. George A. Thorpe
131 Clearview Circle
Hendersonville, TN 37075

Billing Attorney:  Keith C. Dennen
Invoice No:        25678
File No:           002315    070435
Billing through:   02/29/2008

In Reference To:
DeMoss

| | |
|---|---|
| TOTAL DUE THIS INVOICE | $176.40 |
| PREVIOUS BALANCE | $7,166.94 |
| TOTAL BALANCE NOW DUE | $7,343.34 |

Please remit this copy with your payment

# BONE MCALLESTER NORTON PLLC

511 Union Street, Suite 1600
Nashville City Center
Nashville, TN 37219
Tax ID #80-0017370
(615) 238-6300    Fax (615) 238-6301

March 05, 2008

Mr. George A. Thorpe
131 Clearview Circle
Hendersonville, TN 37075

| | |
|---|---|
| Billing Attorney: | Keith C. Dennen |
| Invoice No: | 25678 |
| File No: | 002315   070435 |
| Billing through: | 02/29/2008 |

In Reference To:
DeMoss

## FOR PROFESSIONAL SERVICES RENDERED

| | | | Hours | Amount |
|---|---|---|---|---|
| 02/13/2008 | SHM | ███████████████ | 0.50 hrs | 120.00 |
| 02/14/2008 | SHM | ███████████████ | 0.20 hrs | 48.00 |

**Timekeeper Summary**

| Name | | Hours | Rate | Amount |
|---|---|---|---|---|
| SHM | Susan R. High-McAuley | 0.70 | 240.00 | 168.00 |
| | **Total fees for this matter** | 0.70 hrs | | $168.00 |

## BILLING SUMMARY

| | |
|---|---|
| TOTAL FEES | $168.00 |
| ADMINISTRATIVE EXPENSES (FedEx, postage, long distance telephone, copies, faxes, mileage, WestLaw research, etc.) | $8.40 |
| TOTAL CHARGES THIS INVOICE | $176.40 |
| TOTAL CURRENT CHARGES | $176.40 |
| PREVIOUS BALANCE | $7,166.94 |
| TOTAL BALANCE NOW DUE | $7,343.34 |

# BONE MCALLESTER NORTON PLLC

511 Union Street, Suite 1600
Nashville City Center
Nashville, TN 37219
Tax ID #80-0017370
(615) 238-6300    Fax (615) 238-6301

April 02, 2008

Mr. George A. Thorpe
131 Clearview Circle
Hendersonville, TN  37075

Billing Attorney:  Keith C. Dennen
Invoice No:        26119
File No:           002315      070435
Billing through:   03/31/2008

In Reference To:
DeMoss

| | |
|---|---:|
| TOTAL DUE THIS INVOICE | $529.20 |
| PREVIOUS BALANCE | $7,343.34 |
| TOTAL BALANCE NOW DUE | $7,872.54 |

Please remit this copy with your payment

# BONE MCALLESTER NORTON PLLC

511 Union Street, Suite 1600
Nashville City Center
Nashville, TN 37219
Tax ID #80-0017370
(615) 238-6300    Fax (615) 238-6301

April 02, 2008

| | |
|---|---|
| Billing Attorney: | Keith C. Dennen |
| Invoice No: | 26119 |
| File No: | 002315   070435 |
| Billing through: | 03/31/2008 |

Mr. George A. Thorpe
131 Clearview Circle
Hendersonville, TN  37075

In Reference To:
DeMoss

## FOR PROFESSIONAL SERVICES RENDERED

| Date | | | Hours | Amount |
|---|---|---|---|---|
| 03/20/2008 | SHM | ███████ | 0.30 hrs | 72.00 |
| 03/24/2008 | SHM | ███████ | 0.20 hrs | 48.00 |
| 03/24/2008 | SHM | ███████ | 0.20 hrs | 48.00 |
| 03/25/2008 | SHM | ███████ | 0.60 hrs | 144.00 |
| 03/27/2008 | SHM | ███████ | 0.80 hrs | 192.00 |

### Timekeeper Summary

| Name | | Hours | Rate | Amount |
|---|---|---|---|---|
| SHM | Susan R. High-McAuley | 2.10 | 240.00 | 504.00 |
| | **Total fees for this matter** | 2.10 hrs | | $504.00 |

## BILLING SUMMARY

| | |
|---|---|
| TOTAL FEES | $504.00 |
| ADMINISTRATIVE EXPENSES (FedEx, postage, long distance telephone, copies, faxes, mileage, WestLaw research, etc.) | $25.20 |
| TOTAL CHARGES THIS INVOICE | $529.20 |
| TOTAL CURRENT CHARGES | $529.20 |

PREVIOUS BALANCE                               $7,343.34
TOTAL BALANCE NOW DUE                          $7,872.54



# BONE MCALLESTER NORTON PLLC

511 Union Street, Suite 1600
Nashville City Center
Nashville, TN 37219
Tax ID #80-0017370
(615) 238-6300    Fax (615) 238-6301

May 05, 2008

Mr. George A. Thorpe
131 Clearview Circle
Hendersonville, TN 37075

Billing Attorney:  Keith C. Dennen
Invoice No:        26826
File No:           002315     070435
Billing through:   04/30/2008

In Reference To:
DeMoss

| | |
|---|---|
| TOTAL DUE THIS INVOICE | $3,490.20 |
| PREVIOUS BALANCE | $7,872.54 |
| LESS PAYMENTS APPLIED | ($1,000.00) |
| TOTAL BALANCE NOW DUE | $10,362.74 |

Please remit this copy with your payment

# BONE MCALLESTER NORTON PLLC

511 Union Street, Suite 1600
Nashville City Center
Nashville, TN 37219
Tax ID #80-0017370
(615) 238-6300    Fax (615) 238-6301

May 05, 2008

Mr. George A. Thorpe
131 Clearview Circle
Hendersonville, TN 37075

| | |
|---|---|
| Billing Attorney: | Keith C. Dennen |
| Invoice No: | 26826 |
| File No: | 002315   070435 |
| Billing through: | 04/30/2008 |

In Reference To:
DeMoss

## FOR PROFESSIONAL SERVICES RENDERED

| Date | Timekeeper | | Hours | Amount |
|---|---|---|---|---|
| 04/08/2008 | SHM | | 0.50 hrs | 120.00 |
| 04/09/2008 | SHM | | 0.60 hrs | 144.00 |
| 04/10/2008 | KCD | | 1.00 hrs | 360.00 |
| 04/10/2008 | SHM | | 0.50 hrs | 120.00 |
| 04/16/2008 | SHM | | 0.70 hrs | 168.00 |
| 04/23/2008 | SHM | | 0.50 hrs | 120.00 |
| 04/25/2008 | KCD | | 3.50 hrs | 1,260.00 |
| 04/25/2008 | SHM | | 2.80 hrs | 672.00 |
| 04/28/2008 | KCD | | 0.60 hrs | 216.00 |
| 04/29/2008 | SHM | | 0.60 hrs | 144.00 |

### Timekeeper Summary

| Name | | Hours | Rate | Amount |
|---|---|---|---|---|
| SHM | Susan R. High-McAuley | 6.20 | 240.00 | 1,488.00 |
| KCD | Keith C. Dennen | 5.10 | 360.00 | 1,836.00 |
| | Total fees for this matter | 11.30 hrs | | $3,324.00 |

## BILLING SUMMARY

| | |
|---|---:|
| TOTAL FEES | $3,324.00 |
| ADMINISTRATIVE EXPENSES (FedEx, postage, long distance telephone, copies, faxes, mileage, WestLaw research, etc.) | $166.20 |
| TOTAL CHARGES THIS INVOICE | $3,490.20 |
| TOTAL CURRENT CHARGES | $3,490.20 |
| PREVIOUS BALANCE | $7,872.54 |
| LESS PAYMENTS APPLIED | ($1,000.00) |
| TOTAL BALANCE NOW DUE | $10,362.74 |

# BONE MCALLESTER NORTON PLLC

511 Union Street, Suite 1600
Nashville City Center
Nashville, TN 37219
Tax ID #80-0017370
(615) 238-6300     Fax (615) 238-6301

June 03, 2008

Mr. George A. Thorpe
131 Clearview Circle
Hendersonville, TN 37075

Billing Attorney:  Keith C. Dennen
Invoice No:        27262
File No:           002315     070435
Billing through:   05/31/2008

In Reference To:
DeMoss

| | |
|---|---|
| TOTAL DUE THIS INVOICE | $1,486.80 |
| PREVIOUS BALANCE | $10,362.74 |
| TOTAL BALANCE NOW DUE | $11,849.54 |

Please remit this copy with your payment

# BONE MCALLESTER NORTON PLLC

511 Union Street, Suite 1600
Nashville City Center
Nashville, TN 37219
Tax ID #80-0017370
(615) 238-6300    Fax (615) 238-6301

June 03, 2008

Mr. George A. Thorpe
131 Clearview Circle
Hendersonville, TN 37075

| | |
|---|---|
| Billing Attorney: | Keith C. Dennen |
| Invoice No: | 27262 |
| File No: | 002315    070435 |
| Billing through: | 05/31/2008 |

In Reference To:
DeMoss

**FOR PROFESSIONAL SERVICES RENDERED**

| | | | Hours | Amount |
|---|---|---|---|---|
| 05/12/2008 | SHM | ▓▓▓▓▓▓▓▓ | 0.30 hrs | 72.00 |
| 05/16/2008 | KCD | ▓▓▓▓▓▓▓▓ | 0.50 hrs | 180.00 |
| 05/19/2008 | SHM | ▓▓▓▓▓▓▓▓ | 3.00 hrs | 720.00 |
| 05/23/2008 | SHM | ▓▓▓▓▓▓▓▓ | 0.80 hrs | 192.00 |
| 05/28/2008 | SHM | ▓▓▓▓▓▓▓▓ | 0.20 hrs | 48.00 |
| 05/29/2008 | KCD | ▓▓▓▓▓▓▓▓ | 0.30 hrs | 108.00 |
| 05/29/2008 | SHM | ▓▓▓▓▓▓▓▓ | 0.40 hrs | 96.00 |

**Timekeeper Summary**

| Name | | Hours | Rate | Amount |
|---|---|---|---|---|
| SHM | Susan R. High-McAuley | 4.70 | 240.00 | 1,128.00 |
| KCD | Keith C. Dennen | 0.80 | 360.00 | 288.00 |
| | **Total fees for this matter** | **5.50 hrs** | | **$1,416.00** |

**BILLING SUMMARY**

| | |
|---|---:|
| TOTAL FEES | $1,416.00 |
| ADMINISTRATIVE EXPENSES (FedEx, postage, long distance telephone, copies, faxes, mileage, WestLaw research, etc.) | $70.80 |
| TOTAL CHARGES THIS INVOICE | $1,486.80 |
| TOTAL CURRENT CHARGES | $1,486.80 |
| PREVIOUS BALANCE | $10,362.74 |
| TOTAL BALANCE NOW DUE | $11,849.54 |

# BONE MCALLESTER NORTON PLLC

511 Union Street, Suite 1600
Nashville City Center
Nashville, TN 37219
Tax ID #80-0017370
(615) 238-6300     Fax (615) 238-6301

July 03, 2008

Mr. George A. Thorpe
131 Clearview Circle
Hendersonville, TN  37075

| | |
|---|---|
| Billing Attorney: | Keith C. Dennen |
| Invoice No: | 27872 |
| File No: | 002315     070435 |
| Billing through: | 06/30/2008 |

In Reference To:
DeMoss

| | |
|---|---|
| TOTAL DUE THIS INVOICE | $4,516.65 |
| PREVIOUS BALANCE | $11,849.54 |
| TOTAL BALANCE NOW DUE | $16,366.19 |

# BONE MCALLESTER NORTON PLLC

511 Union Street, Suite 1600
Nashville City Center
Nashville, TN 37219
Tax ID #80-0017370
(615) 238-6300    Fax (615) 238-6301

July 03, 2008

Mr. George A. Thorpe
131 Clearview Circle
Hendersonville, TN 37075

| | |
|---|---|
| Billing Attorney: | Keith C. Dennen |
| Invoice No: | 27872 |
| File No: | 002315   070435 |
| Billing through: | 06/30/2008 |

In Reference To:
DeMoss

## FOR PROFESSIONAL SERVICES RENDERED

| Date | Atty | | **Hours** | **Amount** |
|---|---|---|---|---|
| 06/02/2008 | KCD | | 0.20 hrs | 72.00 |
| 06/03/2008 | KCD | | 0.30 hrs | 108.00 |
| 06/05/2008 | SHM | | 0.80 hrs | 192.00 |
| 06/12/2008 | KCD | | 1.00 hrs | 360.00 |
| 06/13/2008 | SHM | | 1.60 hrs | 384.00 |
| 06/16/2008 | KCD | | 0.50 hrs | 180.00 |
| 06/16/2008 | SHM | | 0.40 hrs | 96.00 |
| 06/17/2008 | SHM | | 0.80 hrs | 192.00 |
| 06/18/2008 | KCD | | 0.50 hrs | 180.00 |
| 06/18/2008 | TRM | | 0.20 hrs | 26.00 |
| 06/19/2008 | SHM | | 0.70 hrs | 168.00 |

| Date | Timekeeper | | Hours | Amount |
|------|-----------|---|-------|--------|
| 06/23/2008 | SHM | | 4.50 hrs | 1,080.00 |
| 06/24/2008 | SHM | | 0.40 hrs | 96.00 |
| 06/25/2008 | KCD | | 0.50 hrs | 180.00 |
| 06/26/2008 | KCD | | 0.30 hrs | 108.00 |
| 06/26/2008 | SHM | | 0.90 hrs | 216.00 |

**Timekeeper Summary**

| Name | | Hours | Rate | Amount |
|------|---|-------|------|--------|
| SHM | Susan R. High-McAuley | 10.10 | 240.00 | 2,424.00 |
| KCD | Keith C. Dennen | 3.30 | 360.00 | 1,188.00 |
| TRM | Tonya R. Mastin | 0.20 | 130.00 | 26.00 |
| | **Total fees for this matter** | **13.60 hrs** | | **$3,638.00** |

**EXPENSES ADVANCED**

| | | |
|---|---|---|
| 06/03/2008 | Lisa Stone - Deposition of Patricia Joanne Kelley on 4/25/08 | 696.75 |
| | **Total expenses advanced for this matter** | **$696.75** |

**BILLING SUMMARY**

| | |
|---|---|
| TOTAL FEES | $3,638.00 |
| EXPENSES ADVANCED | $696.75 |
| ADMINISTRATIVE EXPENSES (FedEx, postage, long distance telephone, copies, faxes, mileage, WestLaw research, etc.) | $181.90 |
| TOTAL CHARGES THIS INVOICE | $4,516.65 |
| TOTAL CURRENT CHARGES | $4,516.65 |
| PREVIOUS BALANCE | $11,849.54 |
| TOTAL BALANCE NOW DUE | $16,366.19 |

# BONE MCALLESTER NORTON PLLC

511 Union Street, Suite 1600
Nashville City Center
Nashville, TN 37219
Tax ID #80-0017370
(615) 238-6300     Fax (615) 238-6301

September 04, 2008

Mr. George A. Thorpe
131 Clearview Circle
Hendersonville, TN  37075

Billing Attorney:  Keith C. Dennen
Invoice No:        29113
File No:           002315     070435
Billing through:   08/31/2008

In Reference To:
DeMoss

| | |
|---|---|
| TOTAL DUE THIS INVOICE | $2,973.60 |
| PREVIOUS BALANCE | $16,366.19 |
| TOTAL BALANCE NOW DUE | $19,339.79 |

# BONE MCALLESTER NORTON PLLC

511 Union Street, Suite 1600
Nashville City Center
Nashville, TN 37219
Tax ID #80-0017370
(615) 238-6300    Fax (615) 238-6301

September 04, 2008

Mr. George A. Thorpe
131 Clearview Circle
Hendersonville, TN  37075

| | |
|---|---|
| Billing Attorney: | Keith C. Dennen |
| Invoice No: | 29113 |
| File No: | 002315    070435 |
| Billing through: | 08/31/2008 |

In Reference To:
DeMoss

**FOR PROFESSIONAL SERVICES RENDERED**

| | | | Hours | Amount |
|---|---|---|---|---|
| 07/11/2008 | SHM | | 0.40 hrs | 96.00 |
| 07/17/2008 | SHM | | 3.50 hrs | 840.00 |
| 07/25/2008 | SHM | | 0.10 hrs | 24.00 |
| 07/28/2008 | KCD | | 0.80 hrs | 288.00 |
| 07/28/2008 | SHM | | 1.00 hrs | 240.00 |
| 08/01/2008 | KCD | | 0.40 hrs | 144.00 |
| 08/12/2008 | KCD | | 0.40 hrs | 144.00 |
| 08/15/2008 | KCD | | 0.80 hrs | 288.00 |
| 08/19/2008 | KCD | | 1.00 hrs | 360.00 |
| 08/19/2008 | SHM | | 0.50 hrs | 120.00 |
| 08/22/2008 | KCD | | 0.40 hrs | 144.00 |
| 08/22/2008 | SHM | | 0.60 hrs | 144.00 |

**Timekeeper Summary**

| Name | | Hours | Rate | Amount |
|------|---|-------|------|--------|
| SHM | Susan R. High-McAuley | 6.10 | 240.00 | 1,464.00 |
| KCD | Keith C. Dennen | 3.80 | 360.00 | 1,368.00 |
| **Total fees for this matter** | | 9.90 hrs | | $2,832.00 |

**BILLING SUMMARY**

| | |
|---|---|
| TOTAL FEES | $2,832.00 |
| ADMINISTRATIVE EXPENSES (FedEx, postage, long distance telephone, copies, faxes, mileage, WestLaw research, etc.) | $141.60 |
| TOTAL CHARGES THIS INVOICE | $2,973.60 |
| TOTAL CURRENT CHARGES | $2,973.60 |
| PREVIOUS BALANCE | $16,366.19 |
| TOTAL BALANCE NOW DUE | $19,339.79 |

# BONE MCALLESTER NORTON PLLC

511 Union Street, Suite 1600
Nashville City Center
Nashville, TN 37219
Tax ID #80-0017370
(615) 238-6300     Fax (615) 238-6301

October 02, 2008

Mr. George A. Thorpe
131 Clearview Circle
Hendersonville, TN  37075

Billing Attorney:  Keith C. Dennen
Invoice No:        29459
File No:           002315     070435
Billing through:   09/30/2008

In Reference To:
DeMoss

| | |
|---|---|
| TOTAL DUE THIS INVOICE | $23,914.80 |
| PREVIOUS BALANCE | $19,339.79 |
| TOTAL BALANCE NOW DUE | $43,254.59 |

Please remit this copy with your payment

# BONE MCALLESTER NORTON PLLC

511 Union Street, Suite 1600
Nashville City Center
Nashville, TN 37219
Tax ID #80-0017370
(615) 238-6300    Fax (615) 238-6301

October 02, 2008

Mr. George A. Thorpe
131 Clearview Circle
Hendersonville, TN 37075

| | |
|---|---|
| Billing Attorney: | Keith C. Dennen |
| Invoice No: | 29459 |
| File No: | 002315    070435 |
| Billing through: | 09/30/2008 |

In Reference To:
DeMoss

## FOR PROFESSIONAL SERVICES RENDERED

| | | | **Hours** | **Amount** |
|---|---|---|---|---|
| 09/02/2008 | KCD | ▮▮▮▮▮▮▮▮ | 8.00 hrs | 2,880.00 |
| 09/02/2008 | SHM | ▮▮▮▮▮▮▮▮ | 6.80 hrs | 1,632.00 |
| 09/03/2008 | KCD | ▮▮▮▮▮▮▮▮ | 0.40 hrs | 144.00 |
| 09/09/2008 | SHM | ▮▮▮▮▮▮▮▮ | 1.40 hrs | 336.00 |
| 09/10/2008 | SHM | ▮▮▮▮▮▮▮▮ | 7.20 hrs | 1,728.00 |
| 09/11/2008 | SHM | ▮▮▮▮▮▮▮▮ | 8.50 hrs | 2,040.00 |
| 09/12/2008 | SHM | ▮▮▮▮▮▮▮▮ | 7.30 hrs | 1,752.00 |
| 09/15/2008 | KCD | ▮▮▮▮▮▮▮▮ | 2.50 hrs | 900.00 |
| 09/15/2008 | SHM | ▮▮▮▮▮▮▮▮ | 7.50 hrs | 1,800.00 |
| 09/16/2008 | KCD | ▮▮▮▮▮▮▮▮ | 8.00 hrs | 2,880.00 |
| 09/16/2008 | SHM | ▮▮▮▮▮▮▮▮ | 7.80 hrs | 1,872.00 |
| 09/17/2008 | KCD | ▮▮▮▮▮▮▮▮ | 0.50 hrs | 180.00 |

| | | | | |
|---|---|---|---|---|
| 09/17/2008 | SHM | | 0.30 hrs | 72.00 |
| 09/18/2008 | SHM | | 1.20 hrs | 288.00 |
| 09/22/2008 | KCD | | 2.00 hrs | 720.00 |
| 09/22/2008 | SHM | | 2.00 hrs | 480.00 |
| 09/25/2008 | KCD | | 2.00 hrs | 720.00 |
| 09/25/2008 | SHM | | 1.80 hrs | 432.00 |
| 09/29/2008 | SHM | | 0.80 hrs | 192.00 |
| 09/30/2008 | SHM | | 7.20 hrs | 1,728.00 |

## Timekeeper Summary

| Name | | Hours | Rate | Amount |
|---|---|---|---|---|
| SHM | Susan R. High-McAuley | 59.80 | 240.00 | 14,352.00 |
| KCD | Keith C. Dennen | 23.40 | 360.00 | 8,424.00 |
| | **Total fees for this matter** | 83.20 hrs | | $22,776.00 |

## BILLING SUMMARY

| | |
|---|---|
| TOTAL FEES | $22,776.00 |
| ADMINISTRATIVE EXPENSES (FedEx, postage, long distance telephone, copies, faxes, mileage, WestLaw research, etc.) | $1,138.80 |
| TOTAL CHARGES THIS INVOICE | $23,914.80 |
| TOTAL CURRENT CHARGES | $23,914.80 |
| PREVIOUS BALANCE | $19,339.79 |
| TOTAL BALANCE NOW DUE | $43,254.59 |

# BONE MCALLESTER NORTON PLLC

511 Union Street, Suite 1600
Nashville City Center
Nashville, TN 37219
Tax ID #80-0017370
(615) 238-6300    Fax (615) 238-6301

November 04, 2008

Mr. George A. Thorpe
131 Clearview Circle
Hendersonville, TN 37075

Billing Attorney:  Keith C. Dennen
Invoice No:        30174
File No:           002315     070435
Billing through:   10/31/2008

In Reference To:
DeMoss

| | |
|---|---|
| TOTAL DUE THIS INVOICE | $13,533.90 |
| PREVIOUS BALANCE | $43,254.59 |
| TOTAL BALANCE NOW DUE | $56,788.49 |

# BONE MCALLESTER NORTON PLLC

511 Union Street, Suite 1600
Nashville City Center
Nashville, TN 37219
Tax ID #80-0017370
(615) 238-6300     Fax (615) 238-6301

November 04, 2008

Mr. George A. Thorpe
131 Clearview Circle
Hendersonville, TN 37075

| | |
|---|---|
| Billing Attorney: | Keith C. Dennen |
| Invoice No: | 30174 |
| File No: | 002315   070435 |
| Billing through: | 10/31/2008 |

In Reference To:
DeMoss

**FOR PROFESSIONAL SERVICES RENDERED**

| | | **Hours** | **Amount** |
|---|---|---|---|
| 10/06/2008 | KCD | 2.00 hrs | 720.00 |
| 10/06/2008 | SHM | 2.00 hrs | 480.00 |
| 10/08/2008 | SHM | 0.60 hrs | 144.00 |
| 10/13/2008 | KCD | 0.30 hrs | 108.00 |
| 10/14/2008 | SHM | 3.40 hrs | 816.00 |
| 10/15/2008 | KCD | 2.00 hrs | 720.00 |
| 10/15/2008 | SHM | 0.80 hrs | 192.00 |
| 10/16/2008 | KCD | 0.60 hrs | 216.00 |
| 10/16/2008 | SHM | 1.20 hrs | 288.00 |
| 10/17/2008 | KCD | 7.50 hrs | 2,700.00 |
| 10/17/2008 | SHM | 8.00 hrs | 1,920.00 |
| 10/20/2008 | SHM | 1.20 hrs | 288.00 |

| Date | Timekeeper | | Hours | Amount |
|---|---|---|---|---|
| 10/22/2008 | SHM | | 0.50 hrs | 120.00 |
| 10/27/2008 | SHM | | 2.30 hrs | 552.00 |
| 10/28/2008 | SHM | | 1.10 hrs | 264.00 |
| 10/29/2008 | KCD | | 0.40 hrs | 144.00 |
| 10/31/2008 | SHM | | 1.20 hrs | 288.00 |

**Timekeeper Summary**

| Name | | Hours | Rate | Amount |
|---|---|---|---|---|
| SHM | Susan R. High-McAuley | 22.30 | 240.00 | 5,352.00 |
| KCD | Keith C. Dennen | 12.80 | 360.00 | 4,608.00 |
| | **Total fees for this matter** | 35.10 hrs | | $9,960.00 |

**EXPENSES ADVANCED**

| Date | Description | Amount |
|---|---|---|
| 10/13/2008 | Cannon & Stacy Court Reporters - Court Reporter fee for deposition of Terry Kretz on 9/0/2/08 | 477.00 |
| 10/15/2008 | Elite Reporting Services - Court Reporter fees for depositions of Marion Demoss on 9/10/08, Barbara J. Galyen on 9/11/08 and Patricia Kelly on 9/12/08. | 2,598.90 |
| | **Total expenses advanced for this matter** | $3,075.90 |

**BILLING SUMMARY**

| | |
|---|---|
| TOTAL FEES | $9,960.00 |
| EXPENSES ADVANCED | $3,075.90 |
| ADMINISTRATIVE EXPENSES (FedEx, postage, long distance telephone, copies, faxes, mileage, WestLaw research, etc.) | $498.00 |
| TOTAL CHARGES THIS INVOICE | $13,533.90 |
| TOTAL CURRENT CHARGES | $13,533.90 |
| PREVIOUS BALANCE | $43,254.59 |
| TOTAL BALANCE NOW DUE | $56,788.49 |

# BONE MCALLESTER NORTON PLLC

511 Union Street, Suite 1600
Nashville City Center
Nashville, TN 37219
Tax ID #80-0017370
(615) 238-3600      Fax (615) 238-6301

December 02, 2008

Mr. George A. Thorpe
131 Clearview Circle
Hendersonville, TN 37075

Billing Attorney:   Keith C. Dennen
Invoice No:         30801
File No.:            002315   070435
Billing through:    11/30/2008

In Reference to:
DeMoss

| | |
|---|---|
| TOTAL DUE THIS INVOICE | $22,973.50 |
| PREVIOUS BALANCE | $56,788.49 |
| TOTAL BALANCE NOW DUE | $79,761.99 |

# BONE MCALLESTER NORTON PLLC

511 Union Street, Suite 1600
Nashville City Center
Nashville, TN 37219
Tax ID #80-0017370
(615) 238-6300     Fax (615) 238-6301

December 02, 2008

Mr. George A. Thorpe
131 Clearview Circle
Hendersonville, TN  37075

| | |
|---|---|
| Billing Attorney: | Keith C. Dennen |
| Invoice No: | 30801 |
| File No: | 002315   070435 |
| Billing through: | 11/30/2008 |

In Reference To:
DeMoss

## FOR PROFESSIONAL SERVICES RENDERED

| Date | Attorney | | Hours | Amount |
|---|---|---|---|---|
| 11/04/2008 | SHM | | 4.50 hrs | 1,080.00 |
| 11/05/2008 | SHM | | 5.20 hrs | 1,248.00 |
| 11/06/2008 | TRM | | 0.30 hrs | 39.00 |
| 11/06/2008 | SHM | | 10.20 hrs | 2,448.00 |
| 11/07/2008 | JCG | | 1.00 hrs | 175.00 |
| 11/07/2008 | SHM | | 14.50 hrs | 3,480.00 |

| Date | | | Hours | Amount |
|---|---|---|---|---|
| 11/08/2008 | SHM | | 9.00 hrs | 2,160.00 |
| 11/09/2008 | SHM | | 17.00 hrs | 4,080.00 |
| 11/10/2008 | SHM | | 15.00 hrs | 3,600.00 |
| 11/11/2008 | SHM | | 0.50 hrs | 120.00 |
| 11/12/2008 | SHM | | 2.60 hrs | 624.00 |
| 11/13/2008 | SHM | | 1.50 hrs | 360.00 |
| 11/14/2008 | SHM | | 2.00 hrs | 480.00 |

| Date | | | Hours | Amount |
|---|---|---|---|---|
| 11/18/2008 | SHM | | 0.50 hrs | 120.00 |
| 11/19/2008 | SHM | | 1.40 hrs | 336.00 |
| 11/21/2008 | SHM | | 1.00 hrs | 240.00 |
| 11/25/2008 | SHM | | 0.20 hrs | 48.00 |
| 11/26/2008 | SHM | | 2.80 hrs | 672.00 |

**Timekeeper Summary**

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Total fees for this matter | 89.20 hrs | | $21,310.00 |

**EXPENSES ADVANCED**

| | | Amount |
|---|---|---|
| 11/18/2008 | Denise Harwood-Stacy - Robert Haley Deposition | 598.00 |
| | Total expenses advanced for this matter | $598.00 |

**BILLING SUMMARY**

| | |
|---|---|
| TOTAL FEES | $21,310.00 |
| EXPENSES ADVANCED | $598.00 |
| ADMINISTRATIVE EXPENSES (FedEx, postage, long distance telephone, copies, faxes, mileage, WestLaw research, etc.) | $1,065.50 |
| TOTAL CHARGES THIS INVOICE | $22,973.50 |
| TOTAL CURRENT CHARGES | $22,973.50 |
| PREVIOUS BALANCE | $56,788.49 |
| TOTAL BALANCE NOW DUE | $79,761.99 |

# BONE MCALLESTER NORTON PLLC

511 Union Street, Suite 1600
Nashville City Center
Nashville, TN 37219
Tax ID #80-0017370
(615) 238-6300    Fax (615) 238-6301

January 05, 2009

Mr. George A. Thorpe
131 Clearview Circle
Hendersonville, TN 37075

Billing Attorney:  Keith C. Dennen
Invoice No:        31449
File No:           002315      070435
Billing through:   12/31/2008

In Reference To:
DeMoss

| | |
|---|---:|
| TOTAL DUE THIS INVOICE | $8,643.60 |
| PREVIOUS BALANCE | $79,761.99 |
| TOTAL BALANCE NOW DUE | $88,405.59 |

Please remit this copy with your payment

# BONE MCALLESTER NORTON PLLC

511 Union Street, Suite 1600
Nashville City Center
Nashville, TN 37219
Tax ID #80-0017370
(615) 238-6300     Fax (615) 238-6301

January 05, 2009

Mr. George A. Thorpe
131 Clearview Circle
Hendersonville, TN 37075

| | |
|---|---|
| Billing Attorney: | Keith C. Dennen |
| Invoice No: | 31449 |
| File No: | 002315   070435 |
| Billing through: | 12/31/2008 |

In Reference To:
DeMoss

## FOR PROFESSIONAL SERVICES RENDERED

| Date | | | Hours | Amount |
|---|---|---|---|---|
| 11/03/2008 | SHM | | 5.20 hrs | 1,248.00 |
| 12/01/2008 | SHM | | 4.20 hrs | 1,008.00 |
| 12/02/2008 | SHM | | 1.20 hrs | 288.00 |
| 12/03/2008 | SHM | | 1.00 hrs | 240.00 |
| 12/04/2008 | SHM | | 10.20 hrs | 2,448.00 |
| 12/05/2008 | SHM | | 7.30 hrs | 1,752.00 |
| 12/08/2008 | SHM | | 1.20 hrs | 288.00 |
| 12/09/2008 | SHM | | 1.60 hrs | 384.00 |
| 12/10/2008 | SHM | | 0.80 hrs | 192.00 |
| 12/16/2008 | SHM | | 0.60 hrs | 144.00 |

12/23/2008    SHM    ████████████████████████    1.00  hrs    240.00

**Timekeeper Summary**

| Name | | Hours | Rate | Amount |
|---|---|---|---|---|
| SHM | Susan R. High-McAuley | 34.30 | 240.00 | 8,232.00 |
| | **Total fees for this matter** | 34.30  hrs | | $8,232.00 |

**BILLING SUMMARY**

| | |
|---|---|
| TOTAL FEES | $8,232.00 |
| ADMINISTRATIVE EXPENSES (FedEx, postage, long distance telephone, copies, faxes, mileage, WestLaw research, etc.) | $411.60 |
| TOTAL CHARGES THIS INVOICE | $8,643.60 |
| TOTAL CURRENT CHARGES | $8,643.60 |
| PREVIOUS BALANCE | $79,761.99 |
| TOTAL BALANCE NOW DUE | $88,405.59 |

# BONE MCALLESTER NORTON PLLC

511 Union Street, Suite 1600
Nashville City Center
Nashville, TN 37219
Tax ID #80-0017370
(615) 238-6300    Fax (615) 238-6301

February 02, 2009

Mr. George A. Thorpe
131 Clearview Circle
Hendersonville, TN  37075

Billing Attorney:  Keith C. Dennen
Invoice No:        31916
File No:           002315     070435
Billing through:   01/31/2009

In Reference To:
DeMoss

| | |
|---|---|
| TOTAL DUE THIS INVOICE | $4,284.00 |
| PREVIOUS BALANCE | $88,405.59 |
| TOTAL BALANCE NOW DUE | $92,689.59 |

Please remit this copy with your payment

# BONE MCALLESTER NORTON PLLC

511 Union Street, Suite 1600
Nashville City Center
Nashville, TN 37219
Tax ID #80-0017370
(615) 238-6300    Fax (615) 238-6301

February 02, 2009

Mr. George A. Thorpe
131 Clearview Circle
Hendersonville, TN 37075

| | |
|---|---|
| Billing Attorney: | Keith C. Dennen |
| Invoice No: | 31916 |
| File No: | 002315   070435 |
| Billing through: | 01/31/2009 |

In Reference To:
DeMoss

## FOR PROFESSIONAL SERVICES RENDERED

| Date | Atty | | Hours | Amount |
|---|---|---|---|---|
| 01/07/2009 | KCD | | 2.00 hrs | 720.00 |
| 01/07/2009 | SHM | | 2.30 hrs | 552.00 |
| 01/08/2009 | KCD | | 0.50 hrs | 180.00 |
| 01/09/2009 | KCD | | 0.30 hrs | 108.00 |
| 01/09/2009 | SHM | | 0.50 hrs | 120.00 |
| 01/12/2009 | SHM | | 0.20 hrs | 48.00 |
| 01/14/2009 | KCD | | 0.30 hrs | 108.00 |
| 01/16/2009 | KCD | | 0.50 hrs | 180.00 |
| 01/16/2009 | SHM | | 0.50 hrs | 120.00 |

| 01/22/2009 | SHM | ████████████████████ | 0.40 hrs | 96.00 |
| 01/27/2009 | SHM | ████████████████████ | 3.20 hrs | 768.00 |
| 01/30/2009 | SHM | ████████████████████ | 0.50 hrs | 120.00 |

**Timekeeper Summary**

| **Name** | | **Hours** | **Rate** | **Amount** |
|---|---|---|---|---|
| SHM | Susan R. High-McAuley | 7.60 | 240.00 | 1,824.00 |
| KCD | Keith C. Dennen | 3.60 | 360.00 | 1,296.00 |
| | **Total fees for this matter** | 11.20 hrs | | $3,120.00 |

**EXPENSES ADVANCED**

| 01/08/2009 | Denise Harwood-Stacy - Deposition of Michael Lynn Sr. on 9/15/08 & George Thorpe on 9/16/08. | 1,008.00 |
|---|---|---|
| | **Total expenses advanced for this matter** | $1,008.00 |

**BILLING SUMMARY**

| | |
|---|---|
| TOTAL FEES | $3,120.00 |
| EXPENSES ADVANCED | $1,008.00 |
| ADMINISTRATIVE EXPENSES (FedEx, postage, long distance telephone, copies, faxes, mileage, WestLaw research, etc.) | $156.00 |
| TOTAL CHARGES THIS INVOICE | $4,284.00 |
| TOTAL CURRENT CHARGES | $4,284.00 |
| PREVIOUS BALANCE | $88,405.59 |
| TOTAL BALANCE NOW DUE | $92,689.59 |